**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

DOES 1 through 23,

          *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN, and
THE ISLAMIC REVOLUTIONARY GUARD
CORPS,

          *Defendants.*

CASE NO. 1:23-cv-297

## **COMPLAINT**

Plaintiffs Does 1 through 23[1] bring this action within this Court's jurisdiction for damages caused by Defendants through international criminal acts in violation of the laws of the United States.

## **NATURE OF THE ACTION**

This is a civil action for damages arising from acts of international terrorism committed jointly by the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps in Iraq on January 8, 2020. On that day, Defendants launched 16 ballistic missiles at the Al Asad Airbase, which was a United States airbase in Al Anbar, Iraq, seriously injuring Plaintiffs among other American citizens who were working at the base. The strike is the largest ballistic missile attack

---

[1] Plaintiffs in this action are identified as "John Does 1 through 23". They suffered grave physical and psychological injuries as the result of an attack by a state sponsor of terrorism and fear reprisal from their attackers. Their well-founded fears of reprisal are heightened by the psychological conditions they suffer as a result of the attack. In addition to fear of reprisal, they fear stigmatization if their psychological conditions were publicly identified.

ever against Americans, and was intended to kill Americans.[2] The base suffered extensive damage in the attack. Multiple individuals were injured, including the Plaintiffs, who suffered, *inter alia,* traumatic brain injuries ("TBI") and who continue to suffer from post-traumatic stress disorder ("PTSD") and other injuries.

## THE PARTIES

1.     Plaintiff Doe 1 is a U.S. citizen residing in Drury, Missouri. On January 8, 2020, Doe 1 was working at the Al Asad Airbase as an operations specialist for Kellogg Brown and Root, Inc., ("KBR"), a U.S. company that provided services to the U.S. Government at the airbase.

2.     Plaintiff Doe 2 is a U.S. citizen residing in Longview, Texas. On January 8, 2020, Doe 2 was working at the Al Asad Airbase as an operations specialist for KBR.

3.     Plaintiff Doe 3 is a U.S. citizen residing in Reidsville, Georgia. On January 8, 2020, Doe 3 was working at the Al Asad Airbase as a laundry attendant for KBR.

4.     Plaintiff Doe 4 is a U.S. citizen residing in South Temple, Texas. On January 8, 2020, Doe 4 was working at the Al Asad Airbase as a logistics coordinator for KBR.

5.     Plaintiff Doe 5 is a U.S. citizen residing in Clayton, North Carolina. On January 8, 2020, Doe 5 was working at the Al Asad Airbase as a mail clerk for KBR.

6.     Plaintiff Doe 6 is a U.S. citizen residing in Montalba, Texas. On January 8, 2020, Doe 6 was working at the Al Asad Airbase as a Morale, Welfare and Recreation ("MWR") supervisor for KBR.

---

[2] Pentagon officials released statements stating they believed the missiles were intended to kill Americans. *See*, Vandana Rambaran, *Iran's missiles intended to kill personnel in Iraq*, *Pentagon says*, FOXNEWS, https://www.foxnews.com/world/iran-missile-attack-iraq-intended-kill-pentagon.

7.      Plaintiff Doe 7 is a U.S. citizen residing in Wichita, Kansas. On January 8, 2020, Doe 7 was working at the Al Asad Airbase as a biometrics screener for Bizzell Corporation ("Bizzell"), a U.S. company that provided services to the U.S. Government at the airbase.

8.      Plaintiff Doe 8 is a U.S. citizen residing in Cypress, Texas. On January 8, 2020, Doe 8 was working at the Al Asad Airbase as a biometrics screener for Bizzell.

9.      Plaintiff Doe 9 is a U.S. citizen residing in Mansfield, Texas. On January 8, 2020, Doe 9 was working at the Al Asad Airbase as a site supervisor for Bizzell.

10.      Plaintiff Doe 10 is a U.S. citizen residing in Rivesville, Wyoming. On January 8, 2020, Doe 10 was working at the Al Asad Airbase as an assistant administrator for the special forces team working in cyber security for the Scientific Research Corporation ("SRC"), a U.S. company that provided services to the U.S. Government at the airbase.

11.      Plaintiff Doe 11 is a U.S. citizen residing in Suffolk, Virginia. On January 8, 2020, Doe 11 was working at the Al Asad Airbase as a biometrics screener for Bizzell.

12.      Plaintiff Doe 12 is a U.S. citizen residing in Greenville, Massachusetts. On January 8, 2020, Doe 12 was working at the Al Asad Airbase as a fire crew chief for KBR.

13.      Plaintiff Doe 13 is a U.S. citizen residing in Bradenton, Florida. On January 8, 2020, Doe 13 was working as an airfield operation supervisor for KBR.

14.      Plaintiff Doe 14 is a U.S. citizen residing in Lafayette, Alabama. On January 8, 2020, Doe 14 was working as a postal supervisor for KBR.

15.      Plaintiff Doe 15 is a U.S. citizen residing in Riverview, Florida. On January 8, 2020, Doe 15 was working as a crew chief for KBR.

16.      Plaintiff Doe 16 is a U.S. citizen residing in Olive Branch, Mississippi. On January 8, 2020, Doe 16 was working as a firefighter for KBR.

17.     Plaintiff Doe 17 is a U.S. citizen residing in Puyallup, Washington. On January 8, 2020, Doe 17 was working as a fire crew chief for KBR.

18.     Plaintiff Doe 18 is a U.S. citizen residing in Wimauma, Florida. On January 8, 2020, Doe 18 was working as a firefighter for KBR.

19.     Plaintiff Doe 19 is a U.S. citizen residing in Myrtle Beach, South Carolina. On January 8, 2020, Doe 19 was working as a postal clerk for KBR.

20.     Plaintiff Doe 20 is a U.S. citizen residing in Winter Garden, Florida. On January 8, 2020, Doe 20 was working as a drone pilot for CAE USA Mission Solutions, Inc., ("CAE/USA-MSI"), a U.S. company that provided services to the U.S. Government at the airbase.

21.     Plaintiff Doe 21 is a U.S. citizen residing in Wimauma, Florida. On January 8, 2020, Doe 21 was working as a fireman for KBR.

22.     Plaintiff Doe 22 is a U.S. citizen residing in Killeen, Texas. On January 8, 2020, Doe 22 was a power generation and field maintenance mechanic for KBR overseas.

23.     Plaintiff Doe 23 is a U.S. citizen residing in Katy, Texas. On January 8, 2020, Doe 23 was working as a laundry foreman for KBR.

24.     Does 1-23 were injured by an act of terrorism committed by Defendants on January 8, 2020, at the Al Asad Airbase in Iraq.

25.     Defendant, Islamic Republic of Iran (hereinafter "Iran") is a foreign state within the meaning of 28 U.S.C. § 1391(f) and 1603(a). Iran maintains an Interest Section within the United States at 2209 Wisconsin Avenue, NW, Washington, DC 20007. Iran has been and as of January 8, 2020, was designated as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j), and the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b). As a state sponsor of terrorism, Iran is liable for acts of terror that it

commits outside of the United States pursuant to the Foreign Sovereign Immunities Act, 28

U.S.C. § 1605A.

26.     Defendant, Islamic Revolutionary Guard Corps (hereinafter "IRGC") is a

political/military subdivision of Iran. This agency has core functions which are governmental in

nature. The IRGC was established by the Iranian constitution, which sets forth the IRGC's

responsibilities and powers. The IRGC reports directly to Iran's supreme leader, and it operates

as an agency and instrumentality of the supreme leader himself. The IRGC is a military force

parallel to the regular Iranian military and to the formal government structure. The IRGC's

funding comes from general tax revenues, as well as its control over hundreds of companies and

commercial interests. The IRGC holds billions of dollars in military and business assets and

government contracts. The IRGC has a special foreign division, known as the Qods (or Quds)

Force, which is the arm of the IRGC that works with militant organizations abroad and promotes

terrorism overseas. The U.S. State Department has designated the IRGC as a foreign terrorist

organization, and the U.S. Treasury Department has designated the IRGC-Qods Force as a

"terrorist organization" for having a long history of engaging in coups, insurgencies,

assassinations, kidnappings, bombings, and arms dealing. As a government agency, the IRGC

maintains a presence in the United States through the Permanent Representative of the Islamic

State of Iran to the United Nations at 622 Third Avenue New York, NY 10017 or through the

Iranian Interest Section c/o Embassy of Pakistan, 1250 23rd Street N.W. Washington, D.C.

20037.

## JURISDICTION

27.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1330(a), 1331 and

Defendants' violations of the Foreign Sovereign Immunities Act, 28 U.S.C. §1605A.

28.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

29.      As alleged herein, actions for personal injury and related torts perpetrated by foreign

states, such as Defendant Iran, through their officials, employees and agents fall within the

exceptions to jurisdictional immunity contained in the Foreign Sovereign Immunities Act,

specifically the terrorism exception contained in 28 U.S.C. § 1605A.

30.      28 U.S.C. § 1605A(c) provides a federal private right of action against a state sponsor of

terrorism for personal injury or death caused by an act of torture, extrajudicial killing, aircraft

sabotage, hostage taking, or the provision of material support and resources for such acts. The

foreign state is liable for the acts of its officials, employees, and agents.

## DEFENDANTS' PURPOSEFUL DIRECTION OF CRIMES AND TERROR ATTACKS

### Iran

31.     The Department of State has included Iran among the state sponsors of terrorism since

January 19, 1984.

32.     Since 1984, Iran has continued its terrorist-related activities, including providing support

for Hezbollah, Palestinian terrorist groups in Gaza, and various terrorist groups in Syria, Iraq,

and throughout the Middle East.

33.     Since the end of the 2006 Israeli-Hezbollah conflict, Iran has supplied Hezbollah with

thousands of rockets, missiles, and small arms. Iran has also provided hundreds of millions of

dollars in support of Hezbollah and trained thousands of its fighters at camps in Iran.

34.     In 2019, Iran provided support to Hamas and other designated Palestinian terrorist

groups, including Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-

General Command. These Palestinian terrorist groups are behind numerous deadly attacks

originating in Gaza and the West Bank, including attacks against Israeli civilians in the Sinai Peninsula.

35.     In Bahrain, Iran has continued to provide weapons, support, and training to local Shia militant groups, including the al-Ashtar Brigades.

36.     In Yemen, Iran has provided weapons, support, and training to the Houthi militants, who have engaged in terrorist attacks against regional targets.

37.     In Ukraine, Iran has provided, weapons, support and training to Russia and its co-conspirators in support of their attacks on civilian populations in Ukraine.

38.     Iran maintains a robust offensive cyber program and has sponsored cyber-attacks against foreign governments and private sector entities around the globe.

39.     Iran has remained unwilling to bring to justice senior Al-Qaeda members residing in the country and has allowed Al-Qaeda facilitators to operate a core facilitation pipeline through Iran since 2009, enabling Al-Qaeda to move funds and fighters to South Asia and Syria.

**The IRGC**

40.     The IRGC is tasked with preserving Iran and is Iran's primary instrument for exporting the ideology of the Islamic Revolution worldwide. Today, the IRGC enjoys the power of a government agency, while still maintaining the zeal and fanaticism of an ideologically motivated terrorist group.

41.     The IRGC is Iran's main link to its terrorist proxies, which the regime uses to boost Iran's global influence. Espousing a radical ideology and a paranoid worldview, the IRGC uses secret police methods against its opponents within Iran, and terrorist tactics against its enemies abroad.

42.     Within the IRGC are the Basij militia and the Quds Force (hereinafter "IRGC-QF"). The Basij militia is a paramilitary organization charge with channeling popular support for the Iranian regime. The IRGC-QF specializes in foreign missions, providing training, funding, and weapons to extremist groups, including Iraqi insurgents, Hizbollah, and Hamas.

43.     Iran has used and continues to use the Islamic Revolutionary Guard Corps-Qods Force to provide support to terrorist organizations, provide cover for associated covert operations, and create instability.

44.     In October 2017, the United States government designated the IRGC as a terrorist organization and levied financial sanctions against it for the IRGC's support of the Quds Force, as well as Hamas, Hezbollah, and the Taliban.

45.     In April 2019, the Secretary of State designated the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization. According to former U.S. Treasury Secretary Steven T. Mnuchin, "Iran employs a web of front companies to fund terrorist groups across the region, siphoning resources away from the Iranian people and prioritizing terrorist proxies over the basic needs of its people."[3]

46.     The United States has since designated multiple Iranian businesses and their leaders for their ties to the IRGC.

## **FACTUAL ALLEGATIONS SPECIFIC TO ALL PLAINTIFFS**

47.     Plaintiffs Does 1 through 23 were working in the Al Asad Airbase in Al Anbar Governorate, Iraq, as private contractors.

---

[3] *"Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran,"* U.S. Department of the Treasury, March 26, 2020, https://home.treasury.gov/news/press-releases/sm957.

48.     On January 8, 2020, in an operation code named Operation Martyr Soleimani, the IRGC launched numerous ballistic missiles at the Al Asad Airbase.

49.     The IRGC claimed responsibility for the attack and announced that it was carried out in response to the assassination of general Qasem Soleimani[4] in Baghdad by a United States drone strike.

50.     According to United States defense secretary Mark Esper, sixteen missiles were fired; eleven hit the Al Asad Airbase, one hit the Erbil base, and four failed to reach their targets.

51.     According to personnel at the Al Asad Airbase, the first missiles landed at 1:34 AM and were followed by three more volleys, spaced out by more than fifteen minutes each. The attack was over by 4:00 AM.

52.     The IRGC used Fateh-312 and Qiam ballistic missiles equipped with cluster warheads in the attack. Each missile was about 40 feet long and carrying 1,600 pounds of explosives.

53.     These ballistic missiles are considered high-order explosives (hereinafter "HE"), which produce a defining supersonic over-pressurization shock wave.

54.     There are four basic mechanisms of blast injury termed primary, secondary, tertiary and quaternary, with primary being the most severe. Only HE produce the primary blast wave which refers to the intense over-pressurization impulse created by the detonation of HE.

55.     Primary blast injuries, unique to HE, result from the impact of the over-pressurization wave with body surface(s) and may include concussions and/or TBIs without a direct blow to the

---

[4] Qasem Soleimani was the head of the IRGC-Quds Force. Under Soleimani's leadership the IRGC-Quds force developed into the driving force behind Iran's geopolitical influence. Soleimani was an architect of Iranian policy across the middle east. He was in charge of the IRGC-Quds Force's clandestine missions and its provision of guidance, funding, weapons, intelligence, and logistical support to allied governments and armed groups, including Hezbollah, Hamas and Islamic Jihad. Under Soleimani's leadership, the IRGC-Quds Force targeted, injured, and murdered hundreds of American civilians and servicemen over the past 20 years. *See* https://www.bbc.com/news/world-middle-east-53345885.

head. Additionally, individuals in the proximity of the detonation of HE are susceptible to tertiary injuries due to the blast wind (forced super-heated air flow) created by HE blasts, which may result in blunt trauma and internal injuries.

56.    According to the National Institute of Health, given the proximity and duration of exposure to HE that all plaintiffs endured, it is a certainty that all plaintiffs suffered from some degree of TBI.

57.    The Al Asad Airbase suffered extensive damage, with at least five buildings obliterated.

58.    The missiles were intended, *inter alia*, to kill Americans.

59.    The base did not have structures in place to defend against a missile attack of the kind launched by the IRGC. Many contractors, including Plaintiffs, had to take cover in concrete indirect fire bunkers and pyramid-like shelters that were built during the Iran-Iraq war. With open-air sides and sandbags covering concrete, these bunkers were designed to stop smaller rockets — not missiles.

60.    Americans at the base caught in the crosshairs of the Iranian ballistic missiles could do nothing but run or duck and cover.

61.    As a result, Does 1 through 23, who were within the proximity of the missile strikes, were gravely injured. They suffered the primary blast injuries caused by the HE alleged herein.

62.    They have been left with lasting and debilitating physical and psychological wounds.

**FACTUAL ALLEGATIONS SPECIFIC TO EACH INDIVIDUAL PLAINTIFF**

**A.    Doe 1**

63.    On January 7, 2020, Doe 1 flew into the Al-Asad airbase from Erbil. Upon arrival, she went to her room, got settled in, and went sleep. She was sleeping when she was awakened by a

loud bang on her bedroom door. A co-worker instructed her to go to a bunker and stay there until further direction.

64.     At approximately 11:00 PM Doe 1 put on her personal protective equipment ("PPE") and, after returning once to her quarters to dress more warmly, went to the bunker closest to her sleeping quarters.

65.     When she arrived, the bunker was almost full and there was only room for her towards the outside of the bunker, where she could see the night sky.

66.     Much later into the night, Doe 1 heard "incoming, incoming" and saw the first missile coming straight at the base.

67.     As the first missile hit the base, Doe 1 felt the ground shake on impact. This feeling was relived every time a new missile struck the base throughout the early morning of January 8, 2020.

68.     One of the missiles hit in the proximity of Doe 1's bunker. A plume of grey dust and debris rose up over the bunker and surrounding buildings, enveloping her. She choked on the dust. She repeatedly felt the intense blast pressure from the HE in her head and entire body.

69.     Throughout the attack and after, Doe 1 feared for her life.

70.     Once the attack came to an end, Doe 1 went outside of the bunker to survey the damage. Outside of the bunker, Doe 1 could see skeletal frames of buildings, craters as big as a room blasted deep into the ground, and concrete barriers blown across the base.

71.     As a result of the missile attack, Doe 1 suffered physical and psychological injuries.

72.     While overseas, Doe 1 sought medical treatment for her injuries.  She was diagnosed with an upper respiratory infection, mental stress, and tension headaches.

73.   Upon her return to the United States, Doe 1 sought further treatment for her mental health and respiratory issues.

74.   Doe 1 was diagnosed with allergic rhinitis, chronic coughing, and dyspnea. On information and belief, Doe 1 suffered from a TBI.

75.   Furthermore, Doe 1 was diagnosed with anxiety, PTSD, depression, and memory deficit.

76.   As a result of the missile attack, Doe 1 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**B.    Doe 2**

77.   In the early morning of January 8, 2020, Doe 2 was sleeping in her quarters when she was awoken by what felt like an earthquake.

78.   A TV in her quarters had fallen on top of her and the objects in her surroundings had either fallen or moved from their original place.

79.   Doe 2 immediately grabbed her protective helmet and vest and ran in pajamas to seek cover in a nearby bunker.

80.   The bunker closest to Doe 2 was extremely crowded. As a result, Doe 2 was standing outside the bunker when someone yelled "incoming, incoming!" People began running and shoving each other into already crowded bunkers.

81.   Doe 2 was shoved into a bunker by individuals running behind her. These individuals trampled her, injuring her head, face, right eye, back, and ankle.

82.   Doe 2 suffered through the missile attacks. She repeatedly felt the intense blast pressure from the HE.

83.   Throughout the attack and after, Doe 2 feared for her life.

84.    Soon after the attack, Doe 2 began experiencing intense back pain, leg pain, face pain, right eye pain, migraine headaches, memory loss, tinnitus to both ears, nightmares, and insomnia.

85.    Upon her return to the United States, Doe 2 began treating with various medical professionals for the physical and psychiatric injuries she sustained as a result of the missile attack.

86.    Doe 2 was diagnosed with facial pain, lumbar stenosis with neurogenic claudication, trigger middle finger of the right hand, sprain of metacarpophalangeal joint, metatarsalgia of the right foot, chronic venous insufficiency as a result of injury, right leg pain and mild to moderate hearing loss. On information and belief, Doe 2 suffered from a TBI.

87.    Further, Doe 2 was diagnosed with depression and PTSD.

88.    As a result of the missile attack, Doe 2 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**C.    Doe 3**

89.    On January 7, 2020, a security officer at the Al Asad Airbase told Doe 3 to seek cover in a bunker. Doe 3 put on her PPE gear and went to a nearby bunker.

90.    In the early morning of January 8, 2020, Doe 3 was in an overcrowded bunker when the first missile struck the base and chaos ensued.

91.    From the bunker, Doe 3 could see the explosions illuminating the base and the damage being caused to different structures by the missiles. Doe 3 felt the cold air from the night turn warmer with each incoming missile and felt the shock waves ripping through the air and making the ground shake repeatedly. She repeatedly felt the intense blast pressure from the HE.

92.    Throughout the attack and after, Doe 3 feared for her life.

93.     Once the missile attack stopped, Doe 3 attempted to go back to her sleeping quarters, only to find that they had been destroyed.

94.     As a result of the missile attack, Doe 3 has experienced a variety of specific psychiatric symptoms, including a general sense of stress, generalized anxiety, panic attacks, hyper alertness to any sudden noises, difficulty maintaining sleep, nightmares involving explosions at least once per week, social isolation, and intolerance to noise.

95.     Doe 3 was sent home to the United States.

96.     Upon arrival, Doe 3 was diagnosed with PTSD. Since then, Doe 3 has been under the professional case of a psychiatrist. Her current course of treatment consists of individual supportive psychotherapy, group therapy, and medication management. Despite attempts at treatment, Doe 3 continues to suffer from PTSD. Her treating physician is of the professional opinion that she does not meet the necessary criteria to engage in any kind of gainful employment or work-related vocational rehabilitation.

97.     On information and belief, Doe 3 suffered from a TBI.

98.     As a result of the missile attack, Doe 3 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**D.     Doe 4**

99.     On January 8, 2020, Doe 4 was in bed when the missile attack started. Doe 4 had no warning that an attack was imminent, nor was she ever told to seek cover.

100.    Doe 4 had just finished a 16-hour shift and was resting in her sleeping quarters when she heard a loud explosion followed by people screaming. The impact of the first missile was so startling that Doe 4 thought it had directly hit her sleeping quarters. She repeatedly felt the intense blast pressure from the HE.

101.    All throughout the attack, Doe 4 heard continued screaming, which led her to believe that people at the base were either severely injured or dying.

102.    Throughout the attack and after, Doe 4 feared for her life.

103.    After the attack, Doe 4 was severely traumatized. She began to experience anxiety attacks, panic attacks, and night terrors.

104.    As a result, Doe 4 returned to the United States to seek medical treatment.

105.    Upon Doe 4's return to the United States, she was diagnosed with PTSD, anxiety, and depression. Doe 4 is also at risk for suicide.

106.    Further, Doe 4 experiences ringing in the ears.  On information and belief, Doe 4 suffered from a TBI.

107.    As a result of the missile attack, Doe 4 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**E.    Doe 5**

108.    On January 7, 2020, Doe 5 was in her sleeping quarters when she received a text from a co-worker asking if she was okay. Soon thereafter, Doe 5 heard a loud bang on her door and distant voices yelling "hurry, hurry!"

109.    Doe 5 put on her PPE and ran to the nearest bunker. As she arrived at the bunker, Doe 5 noticed there were about 75 people in a bunker that was meant to protect no more than 25 individuals.

110.    On the early morning of January 8, 2020, at approximately 1 AM, Doe 5 saw a flash in the sky and a few seconds later heard a loud explosion.

111.    Doe 5 could feel the ground shaking and see the rocks around the bunker rising mid-air in what felt like slow-motion.

112.    Doe 5 recalls people pushing and brushing against each other to seek cover in the overcrowded bunker. In the chaos, Doe 5 hit her head.

113.    Realizing the severity of the situation, Doe 5 began to cry as another missile struck the base, this time much closer to her bunker. She repeatedly felt the intense blast pressure from the HE.

114.    Throughout the attack and after, Doe 5 feared for her life.

115.    At around 5:30 in the morning Doe 5 was instructed to go to the boardwalk where those in charge were attempting to take an accounting of casualties and survivors. At that time, Doe 5 did not see any of her co-workers and became very nervous, scared of what might have happened to them.

116.    Soon after the attack, Doe 5 was examined at the KBR clinic overseas, where she complained of pain in her wrist and headaches.

117.    Doe 5 returned to the United States, where she continued to experience pain and headaches. Additionally, Doe 5 developed blurred vision, dizziness, tinnitus, and difficulty sleeping.

118.    Doe 5 sought medical treatment and was diagnosed with post-concussion syndrome, bilateral hearing loss, tinnitus, cervicalgia, and pain in the thoracic spine. On information and belief, Doe 5 suffered from a TBI.

119.    Additionally, Doe 5 sought treatment for the psychological symptoms she had developed after the missile attack.

120.    Doe 5 was diagnosed with major depressive disorder, anxiety disorder, and PTSD.

121.    As a result of the missile attack, Doe 5 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**F.     Doe 6**

122.    On January 7, 2020, Doe 6 was in her sleeping quarters when she heard a knock on her door and was told to go to the nearest bunker with full PPE gear on.

123.     Doe 6 went to the bunker closest to her sleeping quarters, but the bunker was full of people, so she stood outside.

124.    In the early morning of January 8, 2020, Doe 6 was still standing outside of the bunker when she heard voices yelling, "incoming, incoming!" Doe 6 looked up only to notice the red flash of an incoming missile in the sky.

125.    This and other missiles struck directly across from where she was, allowing Doe 6 to witness each one of the missiles that struck the base. She repeatedly felt the intense blast pressure from the HE.

126.    Throughout the attack and after, Doe 6 feared for her life.

127.    Upon her arrival to the United States, Doe 6 was diagnosed with chronic right knee pain, chronic low back pain, spondylosis of the lumbar region, bulge of the lumbar disc, right side sciatica, partial thickness tear of the left shoulder, impingement syndrome of the left shoulder, bursitis of the left shoulder, and chronic tension headaches. On information and belief, Doe 6 suffered from a TBI.

128.    Doe 6 was further diagnosed with major depressive disorder and PTSD.

129.    As a result of the missile attack, Doe 6 has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**F.     Doe 7**

130.    On January 8, 2020, Doe 7 was in his sleeping quarters when the first missile struck. As a result, Doe 7 was trapped in his bedroom without the ability to seek cover in the bunkers.

131.    Although Doe 7 could not see the incoming missiles, he could hear each one of them passing and exploding near him. Doe 7 could also feel the impact of the missiles, with the ground shaking under him with each shock wave. He repeatedly felt the intense blast pressure from the HE.

132.    Once the attack was over, Doe 7 witnessed the destruction caused by the missile attack at the base, as he was asked to help the coalition forces at the base.

133.    Throughout the attack and after, Doe 7 feared for his life.

134.    After the missile attack, Doe 7 began to experience migraine headaches, insomnia, and memory loss. On information and belief, Doe 7 suffered from a TBI.

135.    Due to his psychiatric issues, Doe 7 returned to the United States for treatment.

136.    Upon his return to the United States, Doe 7 was diagnosed with PTSD and suicidal ideation.

137.    Due to his diagnosis, Doe 7 is no longer allowed to work in stressful environments.

138.    As a result of the missile attack, Doe 7 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**G.      Doe 8**

139.    At approximately 11:00 PM on January 7, 2020, Doe 8 was told to go to the bunkers and stay there until further notice.

140.    In the early morning of January 8, 2020, Doe 8 heard an alarm followed by "incoming, incoming!"

141.    As the missiles struck the base, Doe 8 could smell the ammonia and dust that permeated the air and feel the heat from the fire around him. He repeatedly felt the intense blast pressure

from the HE. With every after-shock wave, Doe 8 felt as though there was a vacuum that was sucking him right out of the bunker.

142.    Doe 8 suffered a severe blow to his head in the attack, which severely injured him. As a result, Doe 8 began experiencing migraine headaches and blurred vision.

143.    Throughout the attack and after, Doe 8 feared for his life.

144.    Doe 8 left the airbase and returned to the United States shortly after the attack to begin treating for the injuries he sustained in the attack.

145.    An MRI of his head revealed that he had suffered a TBI and that he had paranasal sinus disease.

146.    Doe 8 also suffered from feelings of anxiety, depression, and extreme fatigue. He began treating with a therapist. He was eventually diagnosed with PTSD.

147.    As a result of the missile attack, Doe 8 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**H.    Doe 9**

148.    On the evening of January 7, 2020, Doe 9 heard security personnel banging on doors and asking people to seek shelter. A co-worker advised him to seek cover due to a possible attack that night.

149.    In response to these warnings, Doe 9 put on his PPE gear and attempted to prepare his team for the possibility of an attack.

150.    Soon thereafter, Doe 9 noticed people heading towards the bunkers, so he too went to the nearest bunkers only to find out they were all already full.

151.    Not having been able to find room in any of the bunkers near him, Doe 9 decided to lie down behind a Bremer wall, a type of portable, steel-reinforced concrete blast wall, to seek cover.

152.    At approximately 1:00 AM on January 8, 2020, the ballistic missiles began striking the base. As the missiles struck, sandbags from the nearby bunker fell onto Doe 9, injuring his rib cage and his legs.

153.    Doe 9 could hear the missiles incoming and feel the ground shaking as they hit. He repeatedly felt the intense blast pressure from the HE. All he could do was grit his teeth and protect his vital organs from the sandbags that were falling on him as each missile hit the base.

154.    Throughout the attack and after, Doe 9 feared for his life.

155.    Following the attack, Doe 9 surveyed the damage. He saw 50-foot-deep craters, destroyed military equipment, demolished buildings, and a torn-down airfield.

156.    As a result of the attack, Doe 9 was physically and psychologically injured. Doe 9 was medically evacuated to Erbil, Iraq, until he was allowed to travel back home to seek further treatment.

157.    Upon his return to the United States, Doe 9 was diagnosed with PTSD, generalized anxiety disorder, and major depressive disorder caused by the attack.

158.    On information and belief, Doe 9 suffered from a TBI.

159.    As a result of the missile attack, Doe 9 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**I.    Doe 10**

160.    On the early morning of January 8, 2020, Doe 10 was in his sleeping quarters when the first ballistic missile struck the base, approximately 150 feet away.

20

161.    The second and third missiles also struck near Doe 10. The missiles destroyed the housing unit where he was staying.

162.    Doe 10 repeatedly felt the intense blast pressure from the HE. The blasts caused Doe 10's head to strike the metal frame of a bunk bed, causing him to lose consciousness.

163.     Throughout the attack and after, Doe 10 feared for his life.

164.    After the attack, Doe 10 began having trouble sleeping, experienced extreme anxiety and panic attacks, and completely lost his appetite resulting in extreme weight loss in a short period of time. As a result, Doe 10 was treated by the military on the days following the attack.

165.    Doe 10 returned to the United States to treat for the physical and psychological injuries he sustained as a result of the attack.

166.    Once in the United States, Doe 10 was diagnosed with a concussion with loss of consciousness, vestibular and ocular issues, TBI, and PTSD.

167.    As a result of the missile attack, Doe 10 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**J.     Doe 11**

168.    On the night of January 7, 2020, Doe 11 heard a knock on his door, followed by a voice stating to go to the nearest bunker. Doe 11 did as he was told.

169.    At approximately 1:00 AM on January 8, 2020, the first of many ballistic missiles struck the base near the bunker where Doe 11 was seeking cover.

170.    Doe 11 tried to project that he was calm throughout the attack, as his wife had been contacting him in a state of panic and he did not want to worry her any further. Nevertheless, throughout the attack and after, Doe 11 feared for his life.

171.    As the missiles hit the base, one after the other, Doe 11 could feel the ground shaking, followed by a jolting sensation from the HE that was unlike anything other he had ever felt before. He repeatedly felt the intense blast pressure from the HE.

172.    After the attack, Doe 11 began experiencing headaches and noticing changes to his mood and behavior. He had trouble sleeping and concentrating. He was also irritable and always on guard for danger.

173.    Doe 11 returned to the United States and sought medical treatment.

174.    Once in the United States, Doe 11 was diagnosed with PTSD and persistent depressive disorder.

175.    On information and belief, Doe 11 suffered from a TBI.

176.    As a result of the missile attack, Doe 11 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**K.    Doe 12**

177.    On January 7, 2020, Doe 12 noticed that many military aircraft were leaving the base. Doe 12 had a suspicion that there might be an attack, but never imagined that what ensued would ever happen.

178.    On the early morning of January 8, 2020, Doe 12 heard the alarm over the radio and ran to the nearest bunker.

179.    When the first missile hit, Doe 12 dropped to the ground and lay there together with other personnel.

180.    Some of the missiles hit as near as 100 feet from the bunker where Doe 12 was attempting to shelter. Because of the proximity to the explosion, Doe 12 was jolted forcefully and repeatedly felt the intense blast pressure from the HE.

181.    At all times relevant, Doe 12 feared for his life.

182.    Once the attack came to an end and the all-clear was given, Doe 12 left the bunker to witness the mass destruction at the base.

183.    Following the attack, Doe 12 struggled to make sense of the destruction and loss. He felt severe emotional distress.

184.    Doe 12 returned to the United States to seek medical treatment.

185.    Once in the United States, Doe 12 was diagnosed with PTSD, major depressive disorder, and anxiety disorder.

186.    On information and belief, Doe 12 suffered from a TBI.

187.    As a result of the missile attack, Doe 12 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**L.    Doe 13**

188.    At around 11:00 PM on January 7, 2020, Doe 13 was told by a site manager to go to the bunker.

189.    Doe 13 went to the nearest bunker and stayed there waiting for the order to return. He thought it was a drill.

190.    In the early morning of January 8, 2020, however, the first of several ballistic missiles struck the base, shaking the ground from under Doe 13 unlike anything he had ever experienced before. He repeatedly felt the intense blast pressure from the HE.

191.    Throughout the attack and after, Doe 13 feared for his life.

192.    After the attack, Doe 13 went to check on his personnel and witnessed the mass destruction on the base. He saw massive craters on the ground and entire buildings fully collapsed, as well as destroyed military equipment.

193.    Doe 13 assisted other personnel to clean up the damage at the base.

194.    On the days following the attack, Doe 13 began to notice changes to his behavior. He had recurring thoughts of the attack, was easily startled, and was experiencing physical and emotional reactions, such as anger and restlessness.

195.    Doe 13 returned to the United States to seek treatment.

196.    Once in the United States, Doe 13 was diagnosed with PTSD.

197.    On information and belief, Doe 13 suffered from a TBI.

198.    As a result of the missile attack, Doe 13 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**M.    Doe 14**

199.    On the early morning of January 8, 2020, Doe 14 was sleeping in the sleeping quarters when the first missile struck the base at approximately 1:00 A.M.

200.    The blast of the first missile knocked Doe 14 out of bed.

201.    Doe 14 was stuck in his sleeping quarters for the remainder of the attack, not knowing whether or not his friends and colleagues were alive, if he was going to survive, or if he would ever leave that building again.

202.    From inside his room, Doe 14 could hear each incoming missile and could feel the ground shaking under him. He repeatedly felt the intense blast pressure from the HE.

203.    Throughout the attack and after, Doe 14 feared for his life.

204.    After the attack, Doe 14 began experiencing intrusive memories of the attack and severe changes in his physical and emotional reactions.

205.    Doe 14 began treating via telemedicine for his psychological symptoms while overseas. However, due to his lack of improvement, Doe 14 returned to the United States to seek further medical treatment.

206.    Once in the United States, Doe 14 was diagnosed with PTSD, anxiety, intrusive thoughts and nightmares, insomnia, hypervigilance, and phonophobia.

207.    On information and belief, Doe 14 suffered from a TBI.

208.    As a result of the missile attack, Doe 14 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**N.      Doe 15**

209.    On the early morning of January 8, 2020, Doe 15 was in a trailer with seventeen other individuals when the alarm over the base went off and they heard "incoming, incoming" over the radio.

210.    Doe 15 and the others in the trailer immediately lay down. As the first missile struck, the shockwave blew everything off the trailer walls, shaking the trailer uncontrollably.

211.    Soon thereafter, Doe 15 and the others opened the trailer door and ran immediately towards the neared bunker. As Doe 15 was running, he saw another incoming missile in the sky.

212.    While Doe 15 did in fact make it to the bunker before the second missile struck the base, he does not recall doing so. He lost consciousness.

213.    In the bunker, Doe 15 was in the bottom of a pile of the seventeen other individuals who left the trailer with him. As a result, Doe 15 suffered injuries to his back and chest.

214.    Throughout the attack Doe 15 repeatedly felt the intense blast pressure from the HE. He feared for his life.

215.    After the attack, Doe 15 began to worry excessively about the attack and the possibility of future attacks.

216.    Doe 15 returned to the United States to seek treatment.

217.    In the United States, Doe 15 was diagnosed with low back pain, contusions to his thorax, and PTSD. On information and belief, Doe 15 suffered from a TBI.

218.    As a result of the missile attack, Doe 15 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**O.    Doe 16**

219.    On the night of January 7, 2020, Doe 16 was told by his supervisor to go to the nearest bunker wearing his PPE, but was not told why.

220.    After about three hours without anything happening, in the early morning of January 8, 2020, Doe 16 heard a loud explosion, louder than anything he had ever heard, and felt the ground shake violently. Everyone inside the bunker fell to the ground.

221.    Doe 16 ended up on the bottom of a human pile, which injured his back.

222.    Doe 16 heard explosions and felt the ground shaking intermittently for approximately three more hours after the initial explosion. He repeatedly felt the intense blast pressure from the HE.

223.    Throughout the attack and after, Doe 16 feared for his life.

224.    Doe 16 and the others in the bunker eventually received the "all clear." By that time, it was already daylight.

225.    As Doe 16 exited the bunker, he could see smoke from different places around the base and destruction all around.

226.    Following the missile strikes, Doe 16 returned to the United States to seek medical treatment for the physical and psychological injuries he sustained as a result of the attack.

227.    Once in the United States, Doe 16 was diagnosed with severe depression, severe anxiety, PTSD, and lumbar radiculopathy. On information and belief, Doe 16 suffered from a TBI.

228.    As a result of the missile attack, Doe 16 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**P.    Doe 17**

229.    On the night of January 7, 2020, Doe 17 was told to get his PPE gear and head to the nearest bunker.

230.    At approximately 1:00 AM on January 8, 2020, Doe 17 heard a loud explosion and felt the ground shaking. Doe 17 thought the bunker he was in was going to collapse, as the bunkers at the base were not designed to endure an attack of that magnitude.

231.    Doe 17 dove to the ground as the attack began. Other personnel seeking cover jumped after him, falling on top of him and injuring Doe 17's back.

232.    For the next three hours, Doe 17 could hear people crying and praying for their lives, as deafening blasts of the missiles detonated nearby.

233.    Throughout the night, explosive blast percussions shook Doe 17 and the bunker he had taken shelter in. He repeatedly felt the intense blast pressure from the HE.

234.    Throughout the attack and after, Doe 17 feared for his life.

235.    After he received the "all-clear", Doe 17 left the bunker to check on the damage at the base. Doe 17 was astonished by the catastrophic destruction of hangers and other airbase structures, military equipment, and vehicles.

236.    Doe 17 observed bomb craters large enough to swallow a vehicle as well as several structures still on fires.

237.    As a first responder himself, Doe 17 feared that the Iranians might launch a secondary attack designed specifically to kill first responders.

238.    In fact, Doe 17's fears of another enemy attack persisted for the entire time he remained at the base until he was allowed to return to the United States to seek medical treatment.

239.    Once in the United States, Doe 17 was diagnosed with acute stress reaction, acute stress disorder, PTSD with dissociative symptoms, major depressive disorder, sleep disorder, and generalized anxiety disorder.

240.    Further, Doe 17 was diagnosed with chronic sciatica associated with discogenic disorder of lumbar spine at L5-S1, discogenic injury, broad-based disc bulging at L5, antalgic gait, lumbar sprain/strain, lumbosacral sprain/strain, thoracic hyperkyphosis, acute blast-related concussion, and persisting post-concussive disorder. On information and belief, Doe 17 suffered from a TBI.

241.    As a result of the missile attack, Doe 17 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**Q.    Doe 18**

242.    On the night of January 7, 2020, Doe 18 was told to go to the nearest bunker wearing PPE gear. Doe 18 did as he was told.

243.    In the early morning of January 8, 2020, at approximately 1:00 AM, Doe 18 experienced the first of many ballistic missiles that struck the Al-Asad base.

244.    When the first missile hit, Doe 18 dove to the ground of the bunker. The bunker was not large enough for the number of personnel who required shelter. As a result, when he dove for cover, others diving for cover landed on top of him, injuring his back.

245.    While at the bottom of the human pile, Doe 18 felt a knee and elbow strike his back, causing him sharp pain. As a result of the intermittent explosions, Doe 18 had no choice but to stay in that position for the remainder of the attack, until they received the "all clear." He repeatedly felt the intense blast pressure from the HE.

246.    Even after the attack was over, Doe 18 was shaking uncontrollably and afraid to move.

247.    Throughout the attack and after, Doe 18 feared for his life.

248.    After the attack, Doe 18 had to assess the damage and take care of other people who had also been hurt. Doe 18 witnessed a lot of injuries, crater-size holes on the ground, and smoke and debris everywhere.

249.    While at the base, Doe 18 developed panic attacks and was easily startled by loud noises.

250.    Doe 18 returned to the United States.

251.    Upon returning to the United States, Doe 18 was diagnosed with a broad-based disc bulge with a left paracentral annual tear of the lumbar spine at L5-5, spinal stenosis, disc bulge and facet hypertrophy at L3-4, and PTSD. On information and belief, Doe 18 suffered from a TBI.

252.    As a result of the missile attack, Doe 18 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**R.    Doe 19**

253.    Doe 19 was told to go to the bunkers at 11:00 PM on January 7, 2020. Doe 19 did as he was told.

254.    At approximately 1:00 AM on January 8, 2020, the first missile struck the base.

255.    As the first missile approached the base, Doe 19 could hear a loud noise getting closer. At that moment, Doe 19 was standing outside of the bunker, relaxed, not expecting what ensued.

256.    When he realized there was an incoming missile, Doe 19 dove to the ground, hitting his head on the concrete. Others reacting to the missile fell on top of him. He repeatedly felt the intense blast pressure from the HE.

257.    Throughout the attack and after, Doe 19 feared for his life.

258.    Shortly after the attack, Doe 19 began developing headaches, pressure in his head, dizziness, blurry vision, trouble sleeping, nightmares and anxiety.

259.    Doe 19 returned to the United States to seek medical treatment.

260.    Upon returning to the United States, Doe 19 was diagnosed with PTSD.

261.    Additionally, Doe 19 was diagnosed with concussion, tinnitus, visual disturbances, lateral neural foraminal stenosis of the lumbar spine at L4-5, baker's cyst, and pain in right fingers. On information and belief, Doe 19 suffered from a TBI.

262.    As a result of the missile attack, Doe 19 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**S.    Doe 20**

263.    In the early morning of January 8, 2020, at approximately 12:00 A.M., Doe 20 received orders to go to the nearest bunker. He complied.

264.    Doe 20 went to an indirect fire bunker next to the aircraft hangar. This bunker was meant to withstand mortar attacks, not ballistic missile attacks.

265.    Approximately an hour later, Doe 20, who at the time was standing outside the bunker due to it being overcrowded, saw the first of many incoming missiles burning bright in the sky.

266.    Doe 20 immediately dove inside the bunker. The first missile struck the base in very close proximity to where Doe 20 was seeking cover, shaking the ground ferociously.

267.    Doe 20 had never experienced anything like the ferocity and lethality of the missile attack. He repeatedly felt the intense blast pressure from the HE.

268.    At all times relevant, Doe 20 feared for his life.

269.    Doe 20 returned to the United States to seek medical treatment.

270.    Once in the United States, Doe 20 was diagnosed with chronic PTSD with acute exacerbations stemming from the attack. Since the attack, Doe 20 is irritable, fearful, anxious, and depressed. To date, familiar noises trigger back intrusive memories.

271.    On information and belief, Doe 20 suffered from a TBI.

272.    As a result of the missile attack, Doe 20 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**T.      Doe 21**

273.    On the night of January 7, 2020, Doe 21 was told to go to the nearest bunker and wear his PPE gear. Doe 21 complied with the order.

274.    In the early morning of January 8, 2020, at approximately 1:00 A.M., the first missile struck the base. In that moment, Doe 21 felt the ground shake with extreme force and saw the bunker quake tremendously.

275.    To protect himself from the attack, Doe 21 dove to the ground, injuring his head.

276.    Doe 21 was part of a group that was tasked with putting out fires at the base during the attack.

277.   As Doe 21 and his crew tried to put out fires, he saw incoming missiles lighting up the sky as they were incoming. As a result, Doe 21 was recalled to the bunker as it was too dangerous to be outside.

278.   At all times relevant, Doe 21 feared for his life. He repeatedly felt the intense blast pressure from the HE.

279.   When the attack came to an end, Doe 21 was tasked with going back out into the field to help extinguish fires around the base. As such, Doe 21 witnessed all the destruction that was left behind.

280.   Doe 21 was traumatized by the event. He began developing anxiety and insomnia.

281.   As a result of the physical and psychological injuries he sustained in the attack, Doe 21 returned to the United States.

282.   Upon returning to the United States, Doe 21 was diagnosed with severe PTSD, depression and anxiety.

283.   On information and belief, Doe 21 suffered from a TBI.

284.   As a result of the missile attack, Doe 21 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**U.    Doe 22**

285.   On the night of January 7, 2020, Doe 22 was told to go to the nearest bunker. Doe 22 did as he was told, believing it was just a drill.

286.   After a few hours passed, Doe 22 left the bunker to go to the restroom. While in the restroom, the first missile struck the base, shaking the ground violently, at approximately 1:00 A.M. on January 8, 2020.

287.    Based on the noise and the force of the explosion, Doe 22 immediately knew this was unlike anything he had ever experienced, and that he was in grave danger.

288.    Doe 22 waited for the first shock wave to pass to quickly make his way back to the bunker, while bracing for his life.

289.    As Doe 22 ran to the above-ground bunker, he saw all the fire, debris, and smoke that was left behind by the first missile. Little did he know that was the first of many missiles that would strike the base that morning. He repeatedly felt the intense blast pressure from the HE.

290.    At all times relevant, Doe 22 feared for his life.

291.    After the attack, Doe 22 began experiencing anxiety, insomnia, and night terrors.

292.    As a result, Doe 22 returned to the United States to seek medical treatment.

293.    Upon his return to the United States, Doe 22 was diagnosed with severe anxiety disorder, insomnia, and PTSD.

294.    On information and belief, Doe 22 suffered from a TBI.

295.    As a result of the missile attack, Doe 22 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**V.    Doe 23**

296.    Doe 23 was asleep in her quarters when the first missile struck the base in the early morning of January 8, 2020, at approximately 1:00 A.M.

297.    Doe 23 was thrown out of her bed by percussive shock waves from the blast explosions of the first missile, which violently shook the entire building where she was located.

298.    Doe 23 put on her PPE gear as soon as she was able to regain composure and ran as fast as she could to the nearest bunker.

299.    The bunker where Doe 23 sought cover for the remainder of the attack was overcrowded, and the blasts from the ballistic missiles far exceeded the shielding it provided.

300.    Once in the bunker, Doe 23 injured her back. She also twisted her left foot.

301.    Doe 23 remained inside the bunker for the duration of the attack. While she could not see the other missiles incoming, she could hear them incoming and would feel the full force of each blast as they struck the base. She repeatedly felt the intense blast pressure from the HE.

302.    Throughout the attack and after, Doe 23 feared for her life.

303.    The repeated threats to her life that Doe 23 endured during the ballistic missile attack exacted an enduring emotional toll. After the attack, she began experiencing problems with sleep, anxiety, loss of appetite, fright with sudden loud noises, and headaches with light sensitivity.

304.    Doe 23 returned to the United States to seek medical treatment.

305.    Upon returning to the United States, Doe 23 was diagnosed with a fracture to her fourth and fifth metatarsal, with dystrophic changes of the skin in the area of the fourth metatarsal head. On information and belief, Doe 23 suffered from a TBI.

306.    Doe 23 was also diagnosed with PTSD complicated by Major Depressive Disorder.

307.    As a result of the missile attack, Doe 23 has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

## Count One
### 28 U.S.C. § 1605A - Foreign Sovereign Immunities Act
**(Claims by U.S. National Plaintiffs against all Defendants under Section 1605A)**

308.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs.

309.    At all times relevant, Defendant Iran was designated as a state sponsor of terrorism as required by § 1605A(a)(2)(A)(i)(I) in order to maintain an action under § 1605A of the Foreign Sovereign Immunities Act (hereinafter "FSIA").

310.    At all times relevant, Defendant IRGC was an agent of Iran acting within the scope of its agency.

311.    The conduct of Defendants constituted acts of extrajudicial killing (which include acts of attempted extrajudicial killing) within the meaning of FSIA §1605A(a)(1).

312.    The conduct of Defendants violated the provisions of the FSIA, in particular 28 U.S.C. §1605A, and all Plaintiffs suffered damages as a result of that violation.

313.    Plaintiffs are entitled to recover damages from Defendants under the provisions of the FSIA.

314.    The injuries and damages suffered by Plaintiffs and the consequences resulting therefrom were proximately caused by the intentional and reckless acts Defendants as described herein.

315.    As a result of Defendants' conduct, Plaintiffs suffered damages including personal injuries, pain and suffering, trauma, emotional distress, loss of earnings and earning capacity.

316.    As a result of the intentional and reckless acts of Defendants, Plaintiffs were placed in apprehension of harmful and offensive bodily contact; suffered offensive and harmful bodily contact; suffered extreme fear, anxiety, and emotional and psychological distress; and were mentally and physically harmed.

317.    Defendants, acting in concert, carried out unlawful, malicious, and outrageous actions in willful, wanton, and reckless disregard for the lives of all Plaintiffs.

318.    Defendants, acting in concert, intended to carry out actions that were meant to end the lives of all Plaintiffs.

319.    Plaintiffs are entitled to economic damages, pain and suffering and punitive damages, as

stated in 28 U.S.C. § 1605A(c)(4). Defendants are jointly and severally liable to all Plaintiffs for

compensatory damages.

320.    As a result of their intentional, malicious, outrageous, willful and wanton conduct, all

Defendants are jointly and severally liable to all Plaintiffs for punitive damages.

**WHEREFORE**, Plaintiffs demand judgment in their favor against Defendants, jointly

and severally, for compensatory damages, interest, and costs, and against Defendant IRGC for

punitive damages; and such other monetary and equitable relief as this Honorable Court deems

appropriate.

Dated: February 2, 2023.

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601


By:     s/ *John Thornton*
         John Thornton
         D.C. Bar No. 980680
         jt@dandtlaw.com

         s/ *Daniela Jaramillo*
         Daniela Jaramillo
         D.C. Bar No. 1658149
         dj@dandtlaw.com

36