**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELANIE TOMLINSON, KATHRYN GREENLEE, NICOLE BACON, MARGARITA JOHNSON, IDA NASH, BRENDA JOHNSON, CARLOS AGUILERA, TIMOTHY NORWOOD, ALEXANDER SEIPP, ROBERT HARDY, JADARIUS ADKINS, TERREL BARLOW, CHARLIE ALLEN, TRACYE STEPHENSON, ARAMIS WILLIAMS, JORDAN FONG-AIU, SHAWN BROCK, WINSOR BULLOCK, ERIC CAMERON, HUBERT SAMUELS, DILLARD HUGHES, CHRISTY BEEKS, and DAVID SALINAS, | **CASE NO. 1:23-cv-297-JEB** |

        *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN,
        c/o The Permanent Representative of
        the Islamic State of Iran to the United
        Nations
        622 3rd Avenue, 34th Floor, New York,
        NY 10017

        and

THE ISLAMIC REVOLUTIONARY GUARD
CORPS,
        c/o The Permanent Representative of
        the Islamic State of Iran to the United
        Nations
        622 3rd Avenue, 34th Floor, New York,
        NY 10017,

        *Defendants.*

## AMENDED COMPLAINT

Plaintiffs bring this action within this Court's jurisdiction for damages caused by Defendants through international criminal acts in violation of the laws of the United States.

## **NATURE OF THE ACTION**

This is a civil action for damages arising from acts of international terrorism committed jointly by the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps in Iraq on January 8, 2020. On that day, Defendants launched 16 ballistic missiles at the Al Asad Airbase, which was a United States airbase in Al Anbar, Iraq, seriously injuring Plaintiffs among other American citizens who were working at the base. The strike is the largest ballistic missile attack ever against Americans, and was intended to kill Americans.[1] The base suffered extensive damage in the attack. Multiple individuals were injured, including the Plaintiffs, who suffered, *inter alia,* traumatic brain injuries ("TBI") and who continue to suffer from post-traumatic stress disorder ("PTSD") and other injuries.

## **THE PARTIES**

1.      Plaintiff Melanie Tomlinson ("Tomlinson") is a U.S. citizen residing in Drury, Missouri. On January 8, 2020, Tomlinson was working at the Al Asad Airbase as an operations specialist for Kellogg Brown and Root, Inc., ("KBR"), a U.S. company that provided services to the U.S. Government at the airbase.

2.      Plaintiff Kathryn Greenlee ("Greenlee") is a U.S. citizen residing in Longview, Texas. On January 8, 2020, Greenlee was working at the Al Asad Airbase as an operations specialist for KBR.

---

[1] Pentagon officials released statements stating they believed the missiles were intended to kill Americans. *See*, Vandana Rambaran, *Iran's missiles intended to kill personnel in Iraq*, *Pentagon says*, FOXNEWS, https://www.foxnews.com/world/iran-missile-attack-iraq-intended-kill-pentagon.

3.    Plaintiff Nicole Bacon ("Bacon") is a U.S. citizen residing in Reidsville, Georgia. On January 8, 2020, Bacon was working at the Al Asad Airbase as a laundry attendant for KBR.

4.    Plaintiff Margarita Johnson ("M. Johnson") is a U.S. citizen residing in South Temple, Texas. On January 8, 2020, M. Johnson was working at the Al Asad Airbase as a logistics coordinator for KBR.

5.    Plaintiff Ida Nash ("Nash") is a U.S. citizen residing in Clayton, North Carolina. On January 8, 2020, Nash was working at the Al Asad Airbase as a mail clerk for KBR.

6.    Plaintiff Brenda Johnson ("B. Johnson") is a U.S. citizen residing in Montalba, Texas. On January 8, 2020, B. Johnson was working at the Al Asad Airbase as a Morale, Welfare and Recreation ("MWR") supervisor for KBR.

7.    Plaintiff Carlos Aguilera ("Aguilera") is a U.S. citizen residing in Cypress, Texas. On January 8, 2020, Aguilera was working at the Al Asad Airbase as a biometrics screener for Bizzell.

8.    Plaintiff Timothy Norwood ("Norwood") is a U.S. citizen residing in Mansfield, Texas. On January 8, 2020, Norwood was working at the Al Asad Airbase as a site supervisor for Bizzell.

9.    Plaintiff Alexander Seipp ("Seipp") is a U.S. citizen residing in Rivesville, Wyoming. On January 8, 2020, Seipp was working at the Al Asad Airbase as an assistant administrator for the special forces team working in cyber security for the Scientific Research Corporation ("SRC"), a U.S. company that provided services to the U.S. Government at the airbase.

10.   Plaintiff Robert Hardy ("Hardy") is a U.S. citizen residing in Suffolk, Virginia. On January 8, 2020, Hardy was working at the Al Asad Airbase as a biometrics screener for Bizzell.

11.     Plaintiff Jadarius Adkins ("Adkins") is a U.S. citizen residing in Greenville, Massachusetts. On January 8, 2020, Adkins was working at the Al Asad Airbase as a fire crew chief for KBR.

12.     Plaintiff Terrel Barlow ("Barlow") is a U.S. citizen residing in Bradenton, Florida. On January 8, 2020, Barlow was working as an airfield operation supervisor for KBR.

13.     Plaintiff Charlie Allen ("Allen") is a U.S. citizen residing in Lafayette, Alabama. On January 8, 2020, Allen was working as a postal supervisor for KBR.

14.     Plaintiff Tracye Stephenson ("Stephenson") is a U.S. citizen residing in Riverview, Florida. On January 8, 2020, Stephenson was working as a crew chief for KBR.

15.     Plaintiff Aramis Williams ("Williams") is a U.S. citizen residing in Olive Branch, Mississippi. On January 8, 2020, Williams was working as a firefighter for KBR.

16.     Plaintiff Jordan Fong-aiu ("Fong-aiu") is a U.S. citizen residing in Puyallup, Washington. On January 8, 2020, Fong-aiu was working as a fire crew chief for KBR.

17.     Plaintiff Shawn Brock ("Brock") is a U.S. citizen residing in Wimauma, Florida. On January 8, 2020, Brock was working as a firefighter for KBR.

18.     Plaintiff Winsor Bullock ("Bullock") is a U.S. citizen residing in Myrtle Beach, South Carolina. On January 8, 2020, Bullock was working as a postal clerk for KBR.

19.     Plaintiff Eric Cameron ("Cameron") is a U.S. citizen residing in Winter Garden, Florida. On January 8, 2020, Cameron was working as a drone pilot for CAE USA Mission Solutions, Inc., ("CAE/USA-MSI"), a U.S. company that provided services to the U.S. Government at the airbase.

20.     Plaintiff Hubert Samuels ("Samuels") is a U.S. citizen residing in Wimauma, Florida. On January 8, 2020, Samuels was working as a fireman for KBR.

21. Plaintiff Dillard Hughes ("Hughes") is a U.S. citizen residing in Killeen, Texas. On January 8, 2020, Hughes was a power generation and field maintenance mechanic for KBR.

22. Plaintiff Christy Beeks ("Beeks") is a U.S. citizen residing in Katy, Texas. On January 8, 2020, Beeks was working as a laundry foreman for KBR.

23. Plaintiff David Salinas ("Salinas") is a U.S. citizen residing in Wichita, Kansas. On January 8, 2020, Salinas was working at the Al Asad Airbase as a biometrics screener for Bizzell Corporation ("Bizzell"), a U.S. company that provided services to the U.S. Government at the airbase.

24. Plaintiffs were injured by an act of terrorism committed by Defendants on January 8, 2020, at the Al Asad Airbase in Iraq.

25. Defendant, Islamic Republic of Iran (hereinafter "Iran") is a foreign state within the meaning of 28 U.S.C. § 1391(f) and 1603(a). Iran maintains an Interest Section within the United States at 2209 Wisconsin Avenue, NW, Washington, DC 20007. Iran has been and as of January 8, 2020, was designated as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j), and the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b). As a state sponsor of terrorism, Iran is liable for acts of terror that it commits outside of the United States pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

26. Defendant, Islamic Revolutionary Guard Corps (hereinafter "IRGC") is a political/military subdivision of Iran. This agency has core functions which are governmental in nature. The IRGC was established by the Iranian constitution, which sets forth the IRGC's responsibilities and powers. The IRGC reports directly to Iran's supreme leader, and it operates as an agency and instrumentality of the supreme leader himself. The IRGC is a military force

parallel to the regular Iranian military and to the formal government structure. The IRGC's

funding comes from general tax revenues, as well as its control over hundreds of companies and

commercial interests. The IRGC holds billions of dollars in military and business assets and

government contracts. The IRGC has a special foreign division, known as the Qods (or Quds)

Force, which is the arm of the IRGC that works with militant organizations abroad and promotes

terrorism overseas. The U.S. State Department has designated the IRGC as a foreign terrorist

organization, and the U.S. Treasury Department has designated the IRGC-Qods Force as a

"terrorist organization" for having a long history of engaging in coups, insurgencies,

assassinations, kidnappings, bombings, and arms dealing. As a government agency, the IRGC

maintains a presence in the United States through the Permanent Representative of the Islamic

State of Iran to the United Nations at 622 Third Avenue New York, NY 10017 or through the

Iranian Interest Section c/o Embassy of Pakistan, 1250 23rd Street N.W. Washington, D.C.

20037.

## **JURISDICTION**

27.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1330(a), 1331 and

Defendants' violations of the Foreign Sovereign Immunities Act, 28 U.S.C. §1605A.

28.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

29.      As alleged herein, actions for personal injury and related torts perpetrated by foreign

states, such as Defendant Iran, through their officials, employees and agents fall within the

exceptions to jurisdictional immunity contained in the Foreign Sovereign Immunities Act,

specifically the terrorism exception contained in 28 U.S.C. § 1605A.

30.     28 U.S.C. § 1605A(c) provides a federal private right of action against a state sponsor of

terrorism for personal injury or death caused by an act of torture, extrajudicial killing, aircraft

sabotage, hostage taking, or the provision of material support and resources for such acts. The foreign state is liable for the acts of its officials, employees, and agents.

## DEFENDANTS' PURPOSEFUL DIRECTION OF CRIMES AND TERROR ATTACKS

### Iran

31.    The Department of State has included Iran among the state sponsors of terrorism since January 19, 1984.

32.    Since 1984, Iran has continued its terrorist-related activities, including providing support for Hezbollah, Palestinian terrorist groups in Gaza, and various terrorist groups in Syria, Iraq, and throughout the Middle East.

33.    Since the end of the 2006 Israeli-Hezbollah conflict, Iran has supplied Hezbollah with thousands of rockets, missiles, and small arms. Iran has also provided hundreds of millions of dollars in support of Hezbollah and trained thousands of its fighters at camps in Iran.

34.    In 2019, Iran provided support to Hamas and other designated Palestinian terrorist groups, including Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-General Command. These Palestinian terrorist groups are behind numerous deadly attacks originating in Gaza and the West Bank, including attacks against Israeli civilians in the Sinai Peninsula.

35.    In Bahrain, Iran has continued to provide weapons, support, and training to local Shia militant groups, including the al-Ashtar Brigades.

36.    In Yemen, Iran has provided weapons, support, and training to the Houthi militants, who have engaged in terrorist attacks against regional targets.

37.    In Ukraine, Iran has provided, weapons, support and training to Russia and its co-conspirators in support of their attacks on civilian populations in Ukraine.

38.     Iran maintains a robust offensive cyber program and has sponsored cyber-attacks against foreign governments and private sector entities around the globe.

39.     Iran has remained unwilling to bring to justice senior Al-Qaeda members residing in the country and has allowed Al-Qaeda facilitators to operate a core facilitation pipeline through Iran since 2009, enabling Al-Qaeda to move funds and fighters to South Asia and Syria.

### The IRGC

40.     The IRGC is tasked with preserving Iran and is Iran's primary instrument for exporting the ideology of the Islamic Revolution worldwide. Today, the IRGC enjoys the power of a government agency, while still maintaining the zeal and fanaticism of an ideologically motivated terrorist group.

41.     The IRGC is Iran's main link to its terrorist proxies, which the regime uses to boost Iran's global influence. Espousing a radical ideology and a paranoid worldview, the IRGC uses secret police methods against its opponents within Iran, and terrorist tactics against its enemies abroad.

42.     Within the IRGC are the Basij militia and the Quds Force (hereinafter "IRGC-QF"). The Basij militia is a paramilitary organization charge with channeling popular support for the Iranian regime. The IRGC-QF specializes in foreign missions, providing training, funding, and weapons to extremist groups, including Iraqi insurgents, Hizbollah, and Hamas.

43.     Iran has used and continues to use the Islamic Revolutionary Guard Corps-Qods Force to provide support to terrorist organizations, provide cover for associated covert operations, and create instability.

44. In October 2017, the United States government designated the IRGC as a terrorist organization and levied financial sanctions against it for the IRGC's support of the Quds Force, as well as Hamas, Hezbollah, and the Taliban.

45. In April 2019, the Secretary of State designated the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization. According to former U.S. Treasury Secretary Steven T. Mnuchin, "Iran employs a web of front companies to fund terrorist groups across the region, siphoning resources away from the Iranian people and prioritizing terrorist proxies over the basic needs of its people."[2]

46. The United States has since designated multiple Iranian businesses and their leaders for their ties to the IRGC.

## FACTUAL ALLEGATIONS SPECIFIC TO ALL PLAINTIFFS

47. Plaintiffs were working in the Al Asad Airbase in Al Anbar Governorate, Iraq, as private contractors.

48. On January 8, 2020, in an operation code named Operation Martyr Soleimani, the IRGC launched numerous ballistic missiles at the Al Asad Airbase.

49. The IRGC claimed responsibility for the attack and announced that it was carried out in response to the assassination of general Qasem Soleimani[3] in Baghdad by a United States drone strike.

---

[2] *"Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran,"* U.S. Department of the Treasury, March 26, 2020, https://home.treasury.gov/news/press-releases/sm957.

[3] Qasem Soleimani was the head of the IRGC-Quds Force. Under Soleimani's leadership the IRGC-Quds force developed into the driving force behind Iran's geopolitical influence. Soleimani was an architect of Iranian policy across the middle east. He was in charge of the IRGC-Quds Force's clandestine missions and its provision of guidance, funding, weapons, intelligence, and logistical support to allied governments and armed groups, including Hezbollah, Hamas and Islamic Jihad. Under Soleimani's leadership, the IRGC-Quds Force targeted, injured, and murdered hundreds of American civilians and servicemen over the past 20 years. *See* https://www.bbc.com/news/world-middle-east-53345885.

50.     According to United States defense secretary Mark Esper, sixteen missiles were fired; eleven hit the Al Asad Airbase, one hit the Erbil base, and four failed to reach their targets.

51.     According to personnel at the Al Asad Airbase, the first missiles landed at 1:34 AM and were followed by three more volleys, spaced out by more than fifteen minutes each. The attack was over by 4:00 AM.

52.     The IRGC used Fateh-312 and Qiam ballistic missiles equipped with cluster warheads in the attack. Each missile was about 40 feet long and carrying 1,600 pounds of explosives.

53.     These ballistic missiles are considered high-order explosives (hereinafter "HE"), which produce a defining supersonic over-pressurization shock wave.

54.     There are four basic mechanisms of blast injury termed primary, secondary, tertiary and quaternary, with primary being the most severe. Only HE produce the primary blast wave which refers to the intense over-pressurization impulse created by the detonation of HE.

55.     Primary blast injuries, unique to HE, result from the impact of the over-pressurization wave with body surface(s) and may include concussions and/or TBIs without a direct blow to the head. Additionally, individuals in the proximity of the detonation of HE are susceptible to tertiary injuries due to the blast wind (forced super-heated air flow) created by HE blasts, which may result in blunt trauma and internal injuries.

56.     According to the National Institute of Health, given the proximity and duration of exposure to HE that all Plaintiffs endured, it is a certainty that all Plaintiffs suffered from some degree of TBI.

57.     The Al Asad Airbase suffered extensive damage, with at least five buildings obliterated.

58.     The missiles were intended, *inter alia*, to kill Americans.

59.     The base did not have structures in place to defend against a missile attack of the kind launched by the IRGC. Many contractors, including Plaintiffs, had to take cover in concrete indirect fire bunkers and pyramid-like shelters that were built during the Iran-Iraq war. With open-air sides and sandbags covering concrete, these bunkers were designed to stop smaller rockets — not missiles.

60.     Americans at the base caught in the crosshairs of the Iranian ballistic missiles could do nothing but run or duck and cover.

61.     As a result, Plaintiffs, who were within the proximity of the missile strikes, were gravely injured. They suffered the primary blast injuries caused by the HE alleged herein.

62.     They have been left with lasting and debilitating physical and psychological wounds.

## FACTUAL ALLEGATIONS SPECIFIC TO EACH INDIVIDUAL PLAINTIFF

**A.      Tomlinson**

63.     On January 7, 2020, Tomlinson flew into the Al-Asad airbase from Erbil. Upon arrival, she went to her room, got settled in, and went sleep. She was sleeping when she was awakened by a loud bang on her bedroom door. A co-worker instructed her to go to a bunker and stay there until further direction.

64.      At approximately 11:00 PM Tomlinson put on her personal protective equipment ("PPE") and, after returning once to her quarters to dress more warmly, went to the bunker closest to her sleeping quarters.

65.      When she arrived, the bunker was almost full and there was only room for her towards the outside of the bunker, where she could see the night sky.

66.     Much later into the night, Tomlinson heard "incoming, incoming" and saw the first missile coming straight at the base.

67.     As the first missile hit the base, Tomlinson felt the ground shake on impact. This feeling was relived every time a new missile struck the base throughout the early morning of January 8, 2020.

68.     One of the missiles hit in the proximity of Tomlinson's bunker. A plume of grey dust and debris rose up over the bunker and surrounding buildings, enveloping her. She choked on the dust. She repeatedly felt the intense blast pressure from the HE in her head and entire body.

69.     Throughout the attack and after, Tomlinson feared for her life.

70.     Once the attack came to an end, Tomlinson went outside of the bunker to survey the damage. Outside of the bunker, Tomlinson could see skeletal frames of buildings, craters as big as a room blasted deep into the ground, and concrete barriers blown across the base.

71.     As a result of the missile attack, Tomlinson suffered physical and psychological injuries.

72.     While overseas, Tomlinson sought medical treatment for her injuries.  She was diagnosed with an upper respiratory infection, mental stress, and tension headaches.

73.     Upon her return to the United States, Tomlinson sought further treatment for her mental health and respiratory issues.

74.     Tomlinson was diagnosed with allergic rhinitis, chronic coughing, and dyspnea. On information and belief, Tomlinson suffered from a TBI.

75.     Furthermore, Tomlinson was diagnosed with anxiety, PTSD, depression, and memory deficit.

76.     As a result of the missile attack, Tomlinson has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**B.    Greenlee**

77.    In the early morning of January 8, 2020, Greenlee was sleeping in her quarters when she was awoken by what felt like an earthquake.

78.    A TV in her quarters had fallen on top of her and the objects in her surroundings had either fallen or moved from their original place.

79.    Greenlee immediately grabbed her protective helmet and vest and ran in pajamas to seek cover in a nearby bunker.

80.    The bunker closest to Greenlee was extremely crowded. As a result, Greenlee was standing outside the bunker when someone yelled "incoming, incoming!" People began running and shoving each other into already crowded bunkers.

81.    Greenlee was shoved into a bunker by individuals running behind her. These individuals trampled her, injuring her head, face, right eye, back, and ankle.

82.    Greenlee suffered through the missile attacks. She repeatedly felt the intense blast pressure from the HE.

83.    Throughout the attack and after, Greenlee feared for her life.

84.    Soon after the attack, Greenlee began experiencing intense back pain, leg pain, face pain, right eye pain, migraine headaches, memory loss, tinnitus to both ears, nightmares, and insomnia.

85.    Upon her return to the United States, Greenlee began treating with various medical professionals for the physical and psychiatric injuries she sustained as a result of the missile attack.

86.    Greenlee was diagnosed with facial pain, lumbar stenosis with neurogenic claudication, trigger middle finger of the right hand, sprain of metacarpophalangeal joint, metatarsalgia of the

right foot, chronic venous insufficiency as a result of injury, right leg pain and mild to moderate hearing loss. On information and belief, Greenlee suffered from a TBI.

87.     Further, Greenlee was diagnosed with depression and PTSD.

88.     As a result of the missile attack, Greenlee has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**C.     Bacon**

89.     On January 7, 2020, a security officer at the Al Asad Airbase told Bacon to seek cover in a bunker. Bacon put on her PPE gear and went to a nearby bunker.

90.     In the early morning of January 8, 2020, Bacon was in an overcrowded bunker when the first missile struck the base and chaos ensued.

91.     From the bunker, Bacon could see the explosions illuminating the base and the damage being caused to different structures by the missiles. Bacon felt the cold air from the night turn warmer with each incoming missile and felt the shock waves ripping through the air and making the ground shake repeatedly. She repeatedly felt the intense blast pressure from the HE.

92.     Throughout the attack and after, Bacon feared for her life.

93.     Once the missile attack stopped, Bacon attempted to go back to her sleeping quarters, only to find that they had been destroyed.

94.     As a result of the missile attack, Bacon has experienced a variety of specific psychiatric symptoms, including a general sense of stress, generalized anxiety, panic attacks, hyper alertness to any sudden noises, difficulty maintaining sleep, nightmares involving explosions at least once per week, social isolation, and intolerance to noise.

95.     Bacon was sent home to the United States.

96.    Upon arrival, Bacon was diagnosed with PTSD. Since then, Bacon has been under the professional case of a psychiatrist. Her current course of treatment consists of individual supportive psychotherapy, group therapy, and medication management. Despite attempts at treatment, Bacon continues to suffer from PTSD. Her treating physician is of the professional opinion that she does not meet the necessary criteria to engage in any kind of gainful employment or work-related vocational rehabilitation.

97.    On information and belief, Bacon suffered from a TBI.

98.    As a result of the missile attack, Bacon has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**D.    M. Johnson**

99.    On January 8, 2020, M. Johnson was in bed when the missile attack started. M. Johnson had no warning that an attack was imminent, nor was she ever told to seek cover.

100.    M. Johnson had just finished a 16-hour shift and was resting in her sleeping quarters when she heard a loud explosion followed by people screaming. The impact of the first missile was so startling that M. Johnson thought it had directly hit her sleeping quarters. She repeatedly felt the intense blast pressure from the HE.

101.    All throughout the attack, M. Johnson heard continued screaming, which led her to believe that people at the base were either severely injured or dying.

102.    Throughout the attack and after, M. Johnson feared for her life.

103.    After the attack, M. Johnson was severely traumatized. She began to experience anxiety attacks, panic attacks, and night terrors.

104.    As a result, M. Johnson returned to the United States to seek medical treatment.

105.     Upon M. Johnson's return to the United States, she was diagnosed with PTSD, anxiety, and depression. M. Johnson is also at risk for suicide.

106.     Further, M. Johnson experiences ringing in the ears.  On information and belief, M. Johnson suffered from a TBI.

107.     As a result of the missile attack, M. Johnson has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**E.      Nash**

108.     On January 7, 2020, Nash was in her sleeping quarters when she received a text from a co-worker asking if she was okay. Soon thereafter, Nash heard a loud bang on her door and distant voices yelling "hurry, hurry!"

109.     Nash put on her PPE and ran to the nearest bunker. As she arrived at the bunker, Nash noticed there were about 75 people in a bunker that was meant to protect no more than 25 individuals.

110.     On the early morning of January 8, 2020, at approximately 1 AM, Nash saw a flash in the sky and a few seconds later heard a loud explosion.

111.     Nash could feel the ground shaking and see the rocks around the bunker rising mid-air in what felt like slow-motion.

112.     Nash recalls people pushing and brushing against each other to seek cover in the overcrowded bunker. In the chaos, Nash hit her head.

113.     Realizing the severity of the situation, Nash began to cry as another missile struck the base, this time much closer to her bunker. She repeatedly felt the intense blast pressure from the HE.

114.     Throughout the attack and after, Nash feared for her life.

115.    At around 5:30 in the morning Nash was instructed to go to the boardwalk where those in charge were attempting to take an accounting of casualties and survivors. At that time, Nash did not see any of her co-workers and became very nervous, scared of what might have happened to them.

116.    Soon after the attack, Nash was examined at the KBR clinic overseas, where she complained of pain in her wrist and headaches.

117.    Nash returned to the United States, where she continued to experience pain and headaches. Additionally, Nash developed blurred vision, dizziness, tinnitus, and difficulty sleeping.

118.    Nash sought medical treatment and was diagnosed with post-concussion syndrome, bilateral hearing loss, tinnitus, cervicalgia, and pain in the thoracic spine. On information and belief, Nash suffered from a TBI.

119.    Additionally, Nash sought treatment for the psychological symptoms she had developed after the missile attack.

120.    Nash was diagnosed with major depressive disorder, anxiety disorder, and PTSD.

121.    As a result of the missile attack, Nash has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**F.    B. Johnson**

122.    On January 7, 2020, B. Johnson was in her sleeping quarters when she heard a knock on her door and was told to go to the nearest bunker with full PPE gear on.

123.     B. Johnson went to the bunker closest to her sleeping quarters, but the bunker was full of people, so she stood outside.

124.    In the early morning of January 8, 2020, B. Johnson was still standing outside of the bunker when she heard voices yelling, "incoming, incoming!" B. Johnson looked up only to notice the red flash of an incoming missile in the sky.

125.    This and other missiles struck directly across from where she was, allowing B. Johnson to witness each one of the missiles that struck the base. She repeatedly felt the intense blast pressure from the HE.

126.    Throughout the attack and after, B. Johnson feared for her life.

127.    Upon her arrival to the United States, B. Johnson was diagnosed with chronic right knee pain, chronic low back pain, spondylosis of the lumbar region, bulge of the lumbar disc, right side sciatica, partial thickness tear of the left shoulder, impingement syndrome of the left shoulder, bursitis of the left shoulder, and chronic tension headaches. On information and belief, B. Johnson suffered from a TBI.

128.    B. Johnson was further diagnosed with major depressive disorder and PTSD.

129.    As a result of the missile attack, B. Johnson has been left with severe limitations and restrictions precluding her from performing the job duties to which she is accustomed.

**G.     Aguilera**

130.    At approximately 11:00 PM on January 7, 2020, Aguilera was told to go to the bunkers and stay there until further notice.

131.    In the early morning of January 8, 2020, Aguilera heard an alarm followed by "incoming, incoming!"

132.    As the missiles struck the base, Aguilera could smell the ammonia and dust that permeated the air and feel the heat from the fire around him. He repeatedly felt the intense blast

pressure from the HE. With every after-shock wave, Aguilera felt as though there was a vacuum that was sucking him right out of the bunker.

133.    Aguilera suffered a severe blow to his head in the attack, which severely injured him. As a result, Aguilera began experiencing migraine headaches and blurred vision.

134.    Throughout the attack and after, Aguilera feared for his life.

135.    Aguilera left the airbase and returned to the United States shortly after the attack to begin treating for the injuries he sustained in the attack.

136.    An MRI of his head revealed that he had suffered a TBI and that he had paranasal sinus disease.

137.    Aguilera also suffered from feelings of anxiety, depression, and extreme fatigue. He began treating with a therapist. He was eventually diagnosed with PTSD.

138.    As a result of the missile attack, Aguilera has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**H.    Norwood**

139.    On the evening of January 7, 2020, Norwood heard security personnel banging on doors and asking people to seek shelter. A co-worker advised him to seek cover due to a possible attack that night.

140.    In response to these warnings, Norwood put on his PPE gear and attempted to prepare his team for the possibility of an attack.

141.    Soon thereafter, Norwood noticed people heading towards the bunkers, so he too went to the nearest bunkers only to find out they were all already full.

142.     Not having been able to find room in any of the bunkers near him, Norwood decided to lie down behind a Bremer wall, a type of portable, steel-reinforced concrete blast wall, to seek cover.

143.     At approximately 1:00 AM on January 8, 2020, the ballistic missiles began striking the base. As the missiles struck, sandbags from the nearby bunker fell onto Norwood, injuring his rib cage and his legs.

144.     Norwood could hear the missiles incoming and feel the ground shaking as they hit. He repeatedly felt the intense blast pressure from the HE. All he could do was grit his teeth and protect his vital organs from the sandbags that were falling on him as each missile hit the base.

145.     Throughout the attack and after, Norwood feared for his life.

146.     Following the attack, Norwood surveyed the damage. He saw 50-foot-deep craters, destroyed military equipment, demolished buildings, and a torn-down airfield.

147.     As a result of the attack, Norwood was physically and psychologically injured. Norwood was medically evacuated to Erbil, Iraq, until he was allowed to travel back home to seek further treatment.

148.     Upon his return to the United States, Norwood was diagnosed with PTSD, generalized anxiety disorder, and major depressive disorder caused by the attack.

149.     On information and belief, Norwood suffered from a TBI.

150.     As a result of the missile attack, Norwood has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**I.     Seipp**

151.     On the early morning of January 8, 2020, Seipp was in his sleeping quarters when the first ballistic missile struck the base, approximately 150 feet away.

152. The second and third missiles also struck near Seipp. The missiles destroyed the housing unit where he was staying.

153. Seipp repeatedly felt the intense blast pressure from the HE. The blasts caused Seipp's head to strike the metal frame of a bunk bed, causing him to lose consciousness.

154. Throughout the attack and after, Seipp feared for his life.

155. After the attack, Seipp began having trouble sleeping, experienced extreme anxiety and panic attacks, and completely lost his appetite resulting in extreme weight loss in a short period of time. As a result, Seipp was treated by the military on the days following the attack.

156. Seipp returned to the United States to treat for the physical and psychological injuries he sustained as a result of the attack.

157. Once in the United States, Seipp was diagnosed with a concussion with loss of consciousness, vestibular and ocular issues, TBI, and PTSD.

158. As a result of the missile attack, Seipp has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**J.  Hardy**

159. On the night of January 7, 2020, Hardy heard a knock on his door, followed by a voice stating to go to the nearest bunker. Hardy did as he was told.

160. At approximately 1:00 AM on January 8, 2020, the first of many ballistic missiles struck the base near the bunker where Hardy was seeking cover.

161. Hardy tried to project that he was calm throughout the attack, as his wife had been contacting him in a state of panic and he did not want to worry her any further. Nevertheless, throughout the attack and after, Hardy feared for his life.

162.    As the missiles hit the base, one after the other, Hardy could feel the ground shaking, followed by a jolting sensation from the HE that was unlike anything other he had ever felt before. He repeatedly felt the intense blast pressure from the HE.

163.    After the attack, Hardy began experiencing headaches and noticing changes to his mood and behavior. He had trouble sleeping and concentrating. He was also irritable and always on guard for danger.

164.    Hardy returned to the United States and sought medical treatment.

165.    Once in the United States, Hardy was diagnosed with PTSD and persistent depressive disorder.

166.    On information and belief, Hardy suffered from a TBI.

167.    As a result of the missile attack, Hardy has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**K.      Adkins**

168.    On January 7, 2020, Adkins noticed that many military aircraft were leaving the base. Adkins had a suspicion that there might be an attack, but never imagined that what ensued would ever happen.

169.    On the early morning of January 8, 2020, Adkins heard the alarm over the radio and ran to the nearest bunker.

170.    When the first missile hit, Adkins dropped to the ground and lay there together with other personnel.

171.    Some of the missiles hit as near as 100 feet from the bunker where Adkins was attempting to shelter. Because of the proximity to the explosion, Adkins was jolted forcefully and repeatedly felt the intense blast pressure from the HE.

172.	At all times relevant, Adkins feared for his life.

173.	Once the attack came to an end and the all-clear was given, Adkins left the bunker to witness the mass destruction at the base.

174.	Following the attack, Adkins struggled to make sense of the destruction and loss. He felt severe emotional distress.

175.	Adkins returned to the United States to seek medical treatment.

176.	Once in the United States, Adkins was diagnosed with PTSD, major depressive disorder, and anxiety disorder.

177.	On information and belief, Adkins suffered from a TBI.

178.	As a result of the missile attack, Adkins has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**L.	Barlow**

179.	At around 11:00 PM on January 7, 2020, Barlow was told by a site manager to go to the bunker.

180.	Barlow went to the nearest bunker and stayed there waiting for the order to return. He thought it was a drill.

181.	In the early morning of January 8, 2020, however, the first of several ballistic missiles struck the base, shaking the ground from under Barlow unlike anything he had ever experienced before. He repeatedly felt the intense blast pressure from the HE.

182.	Throughout the attack and after, Barlow feared for his life.

183.	After the attack, Barlow went to check on his personnel and witnessed the mass destruction on the base. He saw massive craters on the ground and entire buildings fully collapsed, as well as destroyed military equipment.

184.    Barlow assisted other personnel to clean up the damage at the base.

185.    On the days following the attack, Barlow began to notice changes to his behavior. He had recurring thoughts of the attack, was easily startled, and was experiencing physical and emotional reactions, such as anger and restlessness.

186.    Barlow returned to the United States to seek treatment.

187.    Once in the United States, Barlow was diagnosed with PTSD.

188.    On information and belief, Barlow suffered from a TBI.

189.    As a result of the missile attack, Barlow has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**M.      Allen**

190.    On the early morning of January 8, 2020, Allen was sleeping in the sleeping quarters when the first missile struck the base at approximately 1:00 A.M.

191.    The blast of the first missile knocked Allen out of bed.

192.    Allen was stuck in his sleeping quarters for the remainder of the attack, not knowing whether or not his friends and colleagues were alive, if he was going to survive, or if he would ever leave that building again.

193.    From inside his room, Allen could hear each incoming missile and could feel the ground shaking under him. He repeatedly felt the intense blast pressure from the HE.

194.    Throughout the attack and after, Allen feared for his life.

195.    After the attack, Allen began experiencing intrusive memories of the attack and severe changes in his physical and emotional reactions.

196.    Allen began treating via telemedicine for his psychological symptoms while overseas. However, due to his lack of improvement, Allen returned to the United States to seek further medical treatment.

197.    Once in the United States, Allen was diagnosed with PTSD, anxiety, intrusive thoughts and nightmares, insomnia, hypervigilance, and phonophobia.

198.    On information and belief, Allen suffered from a TBI.

199.    As a result of the missile attack, Allen has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**N.    Stephenson**

200.    On the early morning of January 8, 2020, Stephenson was in a trailer with seventeen other individuals when the alarm over the base went off and they heard "incoming, incoming" over the radio.

201.    Stephenson and the others in the trailer immediately lay down. As the first missile struck, the shockwave blew everything off the trailer walls, shaking the trailer uncontrollably.

202.    Soon thereafter, Stephenson and the others opened the trailer door and ran immediately towards the neared bunker. As Stephenson was running, he saw another incoming missile in the sky.

203.    While Stephenson did in fact make it to the bunker before the second missile struck the base, he does not recall doing so. He lost consciousness.

204.    In the bunker, Stephenson was in the bottom of a pile of the seventeen other individuals who left the trailer with him. As a result, Stephenson suffered injuries to his back and chest.

205.    Throughout the attack Stephenson repeatedly felt the intense blast pressure from the HE. He feared for his life.

206.    After the attack, Stephenson began to worry excessively about the attack and the possibility of future attacks.

207.    Stephenson returned to the United States to seek treatment.

208.    In the United States, Stephenson was diagnosed with low back pain, contusions to his thorax, and PTSD. On information and belief, Stephenson suffered from a TBI.

209.    As a result of the missile attack, Stephenson has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**O.    Williams**

210.    On the night of January 7, 2020, Williams was told by his supervisor to go to the nearest bunker wearing his PPE, but was not told why.

211.    After about three hours without anything happening, in the early morning of January 8, 2020, Williams heard a loud explosion, louder than anything he had ever heard, and felt the ground shake violently. Everyone inside the bunker fell to the ground.

212.    Williams ended up on the bottom of a human pile, which injured his back.

213.    Williams heard explosions and felt the ground shaking intermittently for approximately three more hours after the initial explosion. He repeatedly felt the intense blast pressure from the HE.

214.    Throughout the attack and after, Williams feared for his life.

215.    Williams and the others in the bunker eventually received the "all clear." By that time, it was already daylight.

216.    As Williams exited the bunker, he could see smoke from different places around the base and destruction all around.

217.     Following the missile strikes, Williams returned to the United States to seek medical treatment for the physical and psychological injuries he sustained as a result of the attack.

218.     Once in the United States, Williams was diagnosed with severe depression, severe anxiety, PTSD, and lumbar radiculopathy. On information and belief, Williams suffered from a TBI.

219.     As a result of the missile attack, Williams has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**P.     Fong-aiu**

220.     On the night of January 7, 2020, Fong-aiu was told to get his PPE gear and head to the nearest bunker.

221.     At approximately 1:00 AM on January 8, 2020, Fong-aiu heard a loud explosion and felt the ground shaking. Fong-aiu thought the bunker he was in was going to collapse, as the bunkers at the base were not designed to endure an attack of that magnitude.

222.     Fong-aiu dove to the ground as the attack began. Other personnel seeking cover jumped after him, falling on top of him and injuring Fong-aiu's back.

223.     For the next three hours, Fong-aiu could hear people crying and praying for their lives, as deafening blasts of the missiles detonated nearby.

224.     Throughout the night, explosive blast percussions shook Fong-aiu and the bunker he had taken shelter in. He repeatedly felt the intense blast pressure from the HE.

225.     Throughout the attack and after, Fong-aiu feared for his life.

226.     After he received the "all-clear", Fong-aiu left the bunker to check on the damage at the base. Fong-aiu was astonished by the catastrophic destruction of hangers and other airbase structures, military equipment, and vehicles.

227.    Fong-aiu observed bomb craters large enough to swallow a vehicle as well as several structures still on fires.

228.    As a first responder himself, Fong-aiu feared that the Iranians might launch a secondary attack designed specifically to kill first responders.

229.    In fact, Fong-aiu's fears of another enemy attack persisted for the entire time he remained at the base until he was allowed to return to the United States to seek medical treatment.

230.    Once in the United States, Fong-aiu was diagnosed with acute stress reaction, acute stress disorder, PTSD with dissociative symptoms, major depressive disorder, sleep disorder, and generalized anxiety disorder.

231.    Further, Fong-aiu was diagnosed with chronic sciatica associated with discogenic disorder of lumbar spine at L5-S1, discogenic injury, broad-based disc bulging at L5, antalgic gait, lumbar sprain/strain, lumbosacral sprain/strain, thoracic hyperkyphosis, acute blast-related concussion, and persisting post-concussive disorder. On information and belief, Fong-aiu suffered from a TBI.

232.    As a result of the missile attack, Fong-aiu has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**Q.    Brock**

233.    On the night of January 7, 2020, Brock was told to go to the nearest bunker wearing PPE gear. Brock did as he was told.

234.    In the early morning of January 8, 2020, at approximately 1:00 AM, Brock experienced the first of many ballistic missiles that struck the Al-Asad base.

235.    When the first missile hit, Brock dove to the ground of the bunker. The bunker was not large enough for the number of personnel who required shelter. As a result, when he dove for cover, others diving for cover landed on top of him, injuring his back.

236.    While at the bottom of the human pile, Brock felt a knee and elbow strike his back, causing him sharp pain. As a result of the intermittent explosions, Brock had no choice but to stay in that position for the remainder of the attack, until they received the "all clear." He repeatedly felt the intense blast pressure from the HE.

237.    Even after the attack was over, Brock was shaking uncontrollably and afraid to move.

238.    Throughout the attack and after, Brock feared for his life.

239.    After the attack, Brock had to assess the damage and take care of other people who had also been hurt. Brock witnessed a lot of injuries, crater-size holes on the ground, and smoke and debris everywhere.

240.    While at the base, Brock developed panic attacks and was easily startled by loud noises.

241.    Brock returned to the United States.

242.    Upon returning to the United States, Brock was diagnosed with a broad-based disc bulge with a left paracentral annual tear of the lumbar spine at L5-5, spinal stenosis, disc bulge and facet hypertrophy at L3-4, and PTSD. On information and belief, Brock suffered from a TBI.

243.    As a result of the missile attack, Brock has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**R.    Bullock**

244.    Bullock was told to go to the bunkers at 11:00 PM on January 7, 2020. Bullock did as he was told.

245.    At approximately 1:00 AM on January 8, 2020, the first missile struck the base.

246.     As the first missile approached the base, Bullock could hear a loud noise getting closer. At that moment, Bullock was standing outside of the bunker, relaxed, not expecting what ensued.

247.     When he realized there was an incoming missile, Bullock dove to the ground, hitting his head on the concrete. Others reacting to the missile fell on top of him. He repeatedly felt the intense blast pressure from the HE.

248.     Throughout the attack and after, Bullock feared for his life.

249.     Shortly after the attack, Bullock began developing headaches, pressure in his head, dizziness, blurry vision, trouble sleeping, nightmares and anxiety.

250.     Bullock returned to the United States to seek medical treatment.

251.     Upon returning to the United States, Bullock was diagnosed with PTSD.

252.     Additionally, Bullock was diagnosed with concussion, tinnitus, visual disturbances, lateral neural foraminal stenosis of the lumbar spine at L4-5, baker's cyst, and pain in right fingers. On information and belief, Bullock suffered from a TBI.

253.     As a result of the missile attack, Bullock has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**S.      Cameron**

254.     In the early morning of January 8, 2020, at approximately 12:00 A.M., Cameron received orders to go to the nearest bunker. He complied.

255.     Cameron went to an indirect fire bunker next to the aircraft hangar. This bunker was meant to withstand mortar attacks, not ballistic missile attacks.

256.     Approximately an hour later, Cameron, who at the time was standing outside the bunker due to it being overcrowded, saw the first of many incoming missiles burning bright in the sky.

257.    Cameron immediately dove inside the bunker. The first missile struck the base in very close proximity to where Cameron was seeking cover, shaking the ground ferociously.

258.    Cameron had never experienced anything like the ferocity and lethality of the missile attack. He repeatedly felt the intense blast pressure from the HE.

259.    At all times relevant, Cameron feared for his life.

260.    Cameron returned to the United States to seek medical treatment.

261.    Once in the United States, Cameron was diagnosed with chronic PTSD with acute exacerbations stemming from the attack. Since the attack, Cameron is irritable, fearful, anxious, and depressed. To date, familiar noises trigger back intrusive memories.

262.    On information and belief, Cameron suffered from a TBI.

263.    As a result of the missile attack, Cameron has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**T.      Samuels**

264.    On the night of January 7, 2020, Samuels was told to go to the nearest bunker and wear his PPE gear. Samuels complied with the order.

265.    In the early morning of January 8, 2020, at approximately 1:00 A.M., the first missile struck the base. In that moment, Samuels felt the ground shake with extreme force and saw the bunker quake tremendously.

266.    To protect himself from the attack, Samuels dove to the ground, injuring his head.

267.    Samuels was part of a group that was tasked with putting out fires at the base during the attack.

268.    As Samuels and his crew tried to put out fires, he saw incoming missiles lighting up the sky as they were incoming. As a result, Samuels was recalled to the bunker as it was too dangerous to be outside.

269.    At all times relevant, Samuels feared for his life. He repeatedly felt the intense blast pressure from the HE.

270.    When the attack came to an end, Samuels was tasked with going back out into the field to help extinguish fires around the base. As such, Samuels witnessed all the destruction that was left behind.

271.    Samuels was traumatized by the event. He began developing anxiety and insomnia.

272.    As a result of the physical and psychological injuries he sustained in the attack, Samuels returned to the United States.

273.    Upon returning to the United States, Samuels was diagnosed with severe PTSD, depression and anxiety.

274.    On information and belief, Samuels suffered from a TBI.

275.    As a result of the missile attack, Samuels has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**U.    Hughes**

276.    On the night of January 7, 2020, Hughes was told to go to the nearest bunker. Hughes did as he was told, believing it was just a drill.

277.    After a few hours passed, Hughes left the bunker to go to the restroom. While in the restroom, the first missile struck the base, shaking the ground violently, at approximately 1:00 A.M. on January 8, 2020.

278. Based on the noise and the force of the explosion, Hughes immediately knew this was unlike anything he had ever experienced, and that he was in grave danger.

279. Hughes waited for the first shock wave to pass to quickly make his way back to the bunker, while bracing for his life.

280. As Hughes ran to the above-ground bunker, he saw all the fire, debris, and smoke that was left behind by the first missile. Little did he know that was the first of many missiles that would strike the base that morning. He repeatedly felt the intense blast pressure from the HE.

281. At all times relevant, Hughes feared for his life.

282. After the attack, Hughes began experiencing anxiety, insomnia, and night terrors.

283. As a result, Hughes returned to the United States to seek medical treatment.

284. Upon his return to the United States, Hughes was diagnosed with severe anxiety disorder, insomnia, and PTSD.

285. On information and belief, Hughes suffered from a TBI.

286. As a result of the missile attack, Hughes has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**V.     Beeks**

287. Beeks was asleep in her quarters when the first missile struck the base in the early morning of January 8, 2020, at approximately 1:00 A.M.

288. Beeks was thrown out of her bed by percussive shock waves from the blast explosions of the first missile, which violently shook the entire building where she was located.

289. Beeks put on her PPE gear as soon as she was able to regain composure and ran as fast as she could to the nearest bunker.

290.     The bunker where Beeks sought cover for the remainder of the attack was overcrowded, and the blasts from the ballistic missiles far exceeded the shielding it provided.

291.     Once in the bunker, Beeks injured her back. She also twisted her left foot.

292.     Beeks remained inside the bunker for the duration of the attack. While she could not see the other missiles incoming, she could hear them incoming and would feel the full force of each blast as they struck the base. She repeatedly felt the intense blast pressure from the HE.

293.     Throughout the attack and after, Beeks feared for her life.

294.     The repeated threats to her life that Beeks endured during the ballistic missile attack exacted an enduring emotional toll. After the attack, she began experiencing problems with sleep, anxiety, loss of appetite, fright with sudden loud noises, and headaches with light sensitivity.

295.     Beeks returned to the United States to seek medical treatment.

296.     Upon returning to the United States, Beeks was diagnosed with a fracture to her fourth and fifth metatarsal, with dystrophic changes of the skin in the area of the fourth metatarsal head. On information and belief, Beeks suffered from a TBI.

297.     Beeks was also diagnosed with PTSD complicated by Major Depressive Disorder.

298.     As a result of the missile attack, Beeks has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**W.     Salinas**

299.     On January 8, 2020, Salinas was in his sleeping quarters when the first missile struck. As a result, Salinas was trapped in his bedroom without the ability to seek cover in the bunkers.

300.     Although Salinas could not see the incoming missiles, he could hear each one of them passing and exploding near him. Salinas could also feel the impact of the missiles, with the

ground shaking under him with each shock wave. He repeatedly felt the intense blast pressure from the HE.

301.    Once the attack was over, Salinas witnessed the destruction caused by the missile attack at the base, as he was asked to help the coalition forces at the base.

302.    Throughout the attack and after, Salinas feared for his life.

303.    After the missile attack, Salinas began to experience migraine headaches, insomnia, and memory loss. On information and belief, Salinas suffered from a TBI.

304.    Due to his psychiatric issues, Salinas returned to the United States for treatment.

305.    Upon his return to the United States, Salinas was diagnosed with PTSD and suicidal ideation.

306.    Due to his diagnosis, Salinas is no longer allowed to work in stressful environments.

307.    As a result of the missile attack, Salinas has been left with severe limitations and restrictions precluding him from performing the job duties to which he is accustomed.

**COUNT ONE**
**28 U.S.C. § 1605A - Foreign Sovereign Immunities Act**
**(Claims by U.S. National Plaintiffs against all Defendants under Section 1605A)**

308.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs.

309.    At all times relevant, Defendant Iran was designated as a state sponsor of terrorism as required by § 1605A(a)(2)(A)(i)(I) in order to maintain an action under § 1605A of the Foreign Sovereign Immunities Act (hereinafter "FSIA").

310.    At all times relevant, Defendant IRGC was an agent of Iran acting within the scope of its agency.

311.    The conduct of Defendants constituted acts of extrajudicial killing (which include acts of attempted extrajudicial killing) within the meaning of FSIA §1605A(a)(1).

312.    The conduct of Defendants violated the provisions of the FSIA, in particular 28 U.S.C. §1605A, and all Plaintiffs suffered damages as a result of that violation.

313.    Plaintiffs are entitled to recover damages from Defendants under the provisions of the FSIA.

314.    The injuries and damages suffered by Plaintiffs and the consequences resulting therefrom were proximately caused by the intentional and reckless acts Defendants as described herein.

315.    As a result of Defendants' conduct, Plaintiffs suffered damages including personal injuries, pain and suffering, trauma, emotional distress, loss of earnings and earning capacity.

316.    As a result of the intentional and reckless acts of Defendants, Plaintiffs were placed in apprehension of harmful and offensive bodily contact; suffered offensive and harmful bodily contact; suffered extreme fear, anxiety, and emotional and psychological distress; and were mentally and physically harmed.

317.    Defendants, acting in concert, carried out unlawful, malicious, and outrageous actions in willful, wanton, and reckless disregard for the lives of all Plaintiffs.

318.    Defendants, acting in concert, intended to carry out actions that were meant to end the lives of all Plaintiffs.

319.    Plaintiffs are entitled to economic damages, pain and suffering and punitive damages, as stated in 28 U.S.C. § 1605A(c)(4). Defendants are jointly and severally liable to all Plaintiffs for compensatory damages.

320.    As a result of their intentional, malicious, outrageous, willful and wanton conduct, all Defendants are jointly and severally liable to all Plaintiffs for punitive damages.

**WHEREFORE**, Plaintiffs demand judgment in their favor against Defendants, jointly and severally, for compensatory damages, interest, and costs, and against Defendant IRGC for punitive damages; and such other monetary and equitable relief as this Honorable Court deems appropriate.

Dated: February 14, 2023.

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:     s/ *John Thornton*
John Thornton
D.C. Bar No. 980680
jt@dandtlaw.com

s/ *Daniela Jaramillo*
Daniela Jaramillo
D.C. Bar No. 1658149
dj@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 14, 2023 a true and correct copy of the foregoing Plaintiffs' First Amended Complaint was filed electronically with the Clerk of Court using CM/ECF.

s/ *John Thornton*
John Thornton