IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MELANIE TOMLINSON, KATHRYN GREENLEE, NICOLE BACON, MARGARITA JOHNSON, IDA NASH, BRENDA JOHNSON, CARLOS AGUILERA, TIMOTHY NORWOOD, ALEXANDER SEIPP, ROBERT HARDY, JADARIUS ADKINS, TERREL BARLOW, CHARLIE ALLEN, TRACYE STEPHENSON, ARAMIS WILLIAMS, JORDAN FONG-AIU, SHAWN BROCK, WINSOR BULLOCK, ERIC CAMERON, HUBERT SAMUELS, DILLARD HUGHES, CHRISTY BEEKS, and DAVID SALINAS,<br><br>   *Plaintiffs,*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>  c/o The Permanent Representative of the Islamic State of Iran to the United Nations<br>  622 3rd Avenue, 34th Floor, New York, NY 10017,<br><br>THE ISLAMIC REVOLUTIONARY GUARD CORPS,<br>  c/o The Permanent Representative of the Islamic State of Iran to the United Nations<br>  622 3rd Avenue, 34th Floor, New York, NY 10017,<br><br>SHAHID HEMMAT INDUSTRIAL GROUP,<br>  P.O. Box 16595-159, Tehran, Iran<br><br>   and<br><br>SHAHID BAKERI INDUSTRIAL GROUP,<br>  P4FX+8GJ District 21, Tehran, Tehran Province, Iran<br><br>   *Defendants*. | **CASE NO. 1:23-cv-297-JEB** |

# MOTION FOR ALTERNATIVE SERVICE UPON SHAHID HEMMAT INDUSTRIAL GROUP AND SHAHID BAKERI INDUSTRIAL GROUP

Plaintiffs, by and through undersigned counsel, respectfully moves this Court for leave to serve Defendants Shahid Hemmat Industrial Group ("SHIG") and Shahid Bakeri Industrial Group ("SBIG"), (collectively "Defendants"), by publication, supplemented by notice on the internet on a website created specifically to effectuate service—www.tomlinson-et-al-v-shig-sbig-et-al.com. Plaintiffs' grounds in support of this motion are specified in the attached Memorandum in Support.

Dated: September 15, 2023

        Respectfully submitted,

        **do Campo & Thornton, P.A.**
        Chase Bank Building
        150 S.E. 2nd Avenue, Ste. 602
        Miami, Florida 33131
        Telephone: (305) 358-6600
        Facsimile: (305) 358-6601

By:    s/ *John Thornton*
        John Thornton
        D.C. Bar No. 980680
        jt@dandtlaw.com

        s/ *Daniela Jaramillo*
        Daniela Jaramillo
        D.C. Bar No. 1658149
        dj@dandtlaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 15, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using CM/ECF.

        s/ *John Thornton*
        John Thornton