Default - Rule 55A                                                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MELANIE TOMLINSON, et al

　　　　　　　　　Plaintiff(s)

　v.　　　　　　　　　　　　　　　　　　　　　　Civil Action: 1:23-cv-00297-JEB

ISLAMIC REPUBLIC OF IRAN, et al

　　　　　　　　　Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN
ISLAMIC REVOLUTIONARY GUARD CORPS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 11/20/2023, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of January, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:　/s/ D. Patterson
　　　　Deputy Clerk